UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | |
|---|---|
| Plaintiff(s): **Keith Raniere** | Defendant(s): **Merrick Garland , US Attorney General; Michael Carvajal , Director, Bureau of Prisons; Barbara VonBlankensee , Warden USP Tucson; Unknown Galleon , Lt.** |
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): **Stacy Scheff** <br> PO Box 40611 <br> TUCSON, Arizona  85717 <br> 5204718333 | Defendant's Atty(s): |

---

II. Basis of Jurisdiction:          3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**
           Plaintiff:- **N/A**
           Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **550 Civil Rights**

VI. Cause of Action:          **1st and 6th Amendment violations for interference with access to the courts and counsel**

VII. Requested in Complaint
           Class Action: **No**
           Dollar Demand: **Injunction**