# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

KEITH RANIERE,

    Plaintiff,

v.

Merrick Garland, et al.,

    Defendants.

Case No. 4:22-cv-00212-RCC

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE COMPLAINT

Upon the motion of Plaintiff for leave to serve his Complaint on Defendants prior to this Court's opportunity to conduct a screening under 28 U.S.C. 1915A(a), and good cause being shown, it is hereby ORDERED that Plaintiff may promptly serve Defendants.

Dated: _____     United States District Court Judge: _____