MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV 22-00212-TUC-RCC |
| Plaintiff, | |
| v. | **ORDER** |
| Merrick Garland, et al., | |
| Defendants. | |

On May 5, 2022, Plaintiff, who is currently incarcerated in the United States Penitentiary (USP)-Tucson and is represented by counsel, filed a civil rights Complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) against United States Attorney General Merrick Garland, Bureau of Prisons Director Michael Carvajal, USP-Tucson Warden Barbara Von Blanckensee, and Lieutenant Anthony Gallion.  Plaintiff also paid the filing fee.

On May 6, 2022, Plaintiff filed a First Amended Complaint seeking declaratory and injunctive relief to enjoin "prison officials from retaliating, and from actively frustrating and impeding his First and Sixth Amendment rights to access to the courts and counsel." (Doc. 3 at 1.)

In an Order dated May 17, 2022, the Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and required Plaintiff to complete service of the Summons and First Amended Complaint on each Defendant within the time required by the Federal and Local Rules of Civil Procedure and ordered Defendants to answer the First

Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure. (Doc. 5 at 5-6.)

On May 26, 2022, Plaintiff filed a Motion for Preliminary Injunction and requested expedited consideration and a hearing. (Doc. 7.) Plaintiff states in his Motion that his three-year deadline for post-conviction relief based on newly discovered evidence is June 19, 2022 and that Defendants are "unlawfully hindering and obstructing Plaintiff's First and Sixth Amendment rights to communicate via telephone with his criminal defense attorneys and his attorneys' agents in the lead-up to the 3-year deadline . . . ." (*Id.* at 1.)

Plaintiff does not seek a temporary restraining order and to the extent Plaintiff is requesting relief without notice to Defendants, Plaintiff has not met the standard for such relief under Federal Rule of Civil Procedure 65(b)(1).

Because the deadline for Plaintiff's post-conviction relief is imminent, the Court will require Plaintiff to immediately serve Defendants after which the Court will order an expedited response to the Motion for Preliminary Injunction from Defendants.

**IT IS ORDERED** that Plaintiff must immediately serve Defendants with the Summons, First Amended Complaint, and Motion for Preliminary Injunction.

Dated this 31st day of May, 2022.

Honorable Raner C. Collins
Senior United States District Judge