AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00212-RCC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUN - 1 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

This summons for *(name of individual and title, if any)* __Michael Carvajal, Director, Federal Bureau of Prisons__

was received by me on *(date)* __6/1/22__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jean King__, who is designated by law to accept service of process on behalf of *(name of organization)* __Federal Bureau of Prisons__ on *(date)* __6/1/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/1/22__

*Server's signature*

__Manny Fuentes, Certified Private Process Server__
*Printed name and title*

__34 W Franklin St Tucson, AZ 85701__
*Server's address*

Additional information regarding attempted service, etc: