AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00212-RCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED / RECEIVED
JUN - 1 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEP

This summons for *(name of individual and title, if any)* __Merrick Garland__
was received by me on *(date)* __6/1/22__ . __US Attorney General__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jean King__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __US Attorney General__ on *(date)* __6/1/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/1/22__

_____
Server's signature

Manny Fuentes, Certified Private Process Server
Printed name and title

34 W Franklin St Tucson AZ 85701
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset