# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, US Attorney General; Michael Carvajal, Director Federal Bureau of Prisons; Barbara VonBlankensee, Warden USP Tucson, Anthony Gallion (all in their official capacities),<br><br>    Defendants | Case No. 4:22-cv-212-RCC-PSOT<br><br>**PROPOSED ORDER**<br><br>Hon. Rainer C. Collins |

It is Ordered that Defendant Warden of USP Tucson immediately restore Suneel Chakravorty to Plaintiff's list of approved callers, and to approve any request from Mr. Chakravorty to speak to or visit Plaintiff as a paralegal to attorney Joseph Tully.

_____
The Hon. Rainer C. Collins