*Keith Raniere v. Merrick Garland, et al.*
CV-22-00212-TUC-RM

Exhibit List:

Exhibit A.   Declaration of Daniel Flores
      Att. 1        SENTRY Public Information
      Att. 2        Judgment in a Criminal Case
      Att. 3        Legal Call Log I (Redacted)
      Att. 4        Legal Call Log II (Redacted)
      Att. 5        USP Tucson Inmate A&O Handbook Excerpt (Jan. 2017)
      Att. 6        TCX 1330.18B, *Administrative Remedy Program*
      Att. 7        SENTRY Administrative Remedy Index

Exhibit B      Sentencing Memorandum, *USA v Keith Raniere*, EDNY 1:18-cr-00204-NGG-VMS, EDNY (Doc. 914)

Exhibit C      Exhibit D to Sentencing Memorandum, *USA v Keith Raniere,* EDNY 1:18-cr-00204-NGG-VMS (Doc. 914-3)

Exhibit D      Declaration of Anthony Gallion
      Att. 1        SENTRY inmate History
      Att. 2        CTU Memorandum
      Att. 3        Warden Approval E-Mail (Redacted
      Att. 4        Visitor Denial Notice
      Att. 5        Sentencing Court Documents Excerpt
      Att. 6        Judgment in a Criminal Case
      Att. 7        Service Limitation Notice
      Att. 8        TRULINCS Active Contact List (Redacted)

Exhibit E      Letter from Mr. Chakravorty to Court dated Nov. 28, 2021 (re *Edmonson v. Raniere*, E.D.N.Y. 1:20-cv-00485-EK-CLP)

Exhibit F      Letter from Mr. Chakravorty to the Court dated Oct. 30, 2021 (re E*dmonson v. Raniere*, E.D.N.Y. 1:20-cv-00485-EK-CLP*)*

Exhibit G      Order denying Stay

Exhibit H      Declaration of Scotty Watson