# Exhibit E

November 28, 2021

Dear Honorable Judge Komitee,

I am writing on behalf of defendant Keith Raniere, as his power of attorney, to respectfully inform you that he intends to retain counsel to defend him in this case, but unfortunately has not yet been able to do so. He has been in the SHU, or "solitary," for the better part of the last four months and so has had little ability to communicate, even with his attorneys.

Although there will be no attorney appearing for him in this week's status hearing, I will request a transcript of the hearing and have Mr. Raniere's criminal attorney send it to him, so he can remain as up to date as possible.

Should this Court require proof of my Power of Attorney, I would be happy to submit it under seal and *ex parte*.

Sincerely,

Suneel Kumar Chakravorty
Suneel Chakravorty

*see attached acknowledgement certificate*

# ALL-PURPOSE ACKNOWLEDGMENT

State/~~Commonwealth~~ of __FLORIDA__ )
)
☐ City ☑ County of __Palm Beach County__ )

On __11/28/2021__ before me, __Tikel R. Wedges-Phoenix__,
      Date                                                     Notary Name

personally appeared __Suneel Kumar Chakravorty__
                                     Name(s) of Signer(s)

☐ personally known to me -- OR --

☐ proved to me on the basis of the oath of _____ -- OR --
                                           Name of Credible Witness

☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                                                   Type of ID Presented

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

TIKEL R. WEDGES-PHOENIX
Notary Public - State of Florida
Commission # HH86020
Expires on January 27, 2025

Notary Public Signature: _Tikel R. Wedges-Phoenix_, Online Notary

Notary Name: __Tikel R. Wedges-Phoenix__
Notary Commission Number: __HH86020__
Notary Commission Expires: __01/27/2025__

*Notarized online using audio-video communication*

Notarized online using audio-video communication

### DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Letter to Judge__
Document Date: __11/28/2021__     Number of Pages (w/ certificate): __2__
Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**     **Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Suneel Kumar Chakravorty__     Signer's Name: __N/A__

☐ Corporate Officer Title: __N/A__     ☐ Corporate Officer Title: __N/A__
☐ Partner – ☐ Limited ☐ General     ☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact     ☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator     ☐ Trustee ☐ Guardian of Conservator
☑ Other: __POA__     ☐ Other: __N/A__
Signer Is Representing: __self__     Signer Is Representing: __N/A__

( 2 )

Suneel Chakravorty
# 1112
1280 Lexington Ave, Ste 2
New York, NY 10028

Honorable Eric Komitee
Re: 20-cv-00485

