# Exhibit G

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty two,

United States of America,

    Appellee,

v.

Allison Mack, Kathy Russell, Lauren Salzman, Nancy Salzman, AKA Perfect,

    Defendants,

Keith Raniere, AKA Vanguard, Clare Bronfman,

    Defendants - Appellants.

**ORDER**
Docket Nos. 20-3520 (L)
              20-3789 (Con)

Appellant moves for leave to hold the appeal in abeyance pending the determination of a Rule 33 motion appellant intends to file in the District Court.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court