# Exhibit H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. 22-cv-00212-RCC-PSOT |
| Plaintiff, | **DECLARATION OF SCOTTY WATSON** |
| vs. | |
| Merrick Garland, US Attorney General, et al., | |
| Defendants. | |

I, Scotty Watson, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-titled matter.

1. I am a Case Manager for the Federal Bureau of Prisons (Bureau), assigned to the United States Penitentiary in Tucson, Arizona (USP Tucson). In this role, I address inmate institutional needs on a daily basis.

2. I am familiar with inmate Keith Raniere, Federal Register No. 57005-177. Mr. Raniere is assigned to C1 Unit at USP Tucson and he is one of the inmates on my caseload.

4. As a Case Manager, I assist Correctional Counselor Flores with scheduling and conducting legal telephone calls when he is out of the office.

5. On May 6, 2022, I facilitated a legal call between Mr. Raniere and Joseph P. Daugherty because Mr. Flores was out of the office. During the legal call, the connection was lost. I called Mr. Daugherty back and he and Mr. Raniere resumed their call until it concluded. I am not aware of any other times that a legal call has become disconnected between Mr. Raniere and one of his attorneys. When a legal call is disconnected, I simply call the attorney again and re-establish the connection.

//

//

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed on this 23rd day of May 2022, in Tucson, Arizona.

Scotty Watson
Case Manager
USP Tucson, Arizona
Federal Bureau of Prisons