GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | CV-22-00212-TUC-RM<br><br>**NOTICE OF APPEARANCE** |

　　　NOTICE IS HEREBY PROVIDED that Assistant United States Attorney Denise Ann Faulk, U.S. Attorney's Office, District of Arizona, whose contact information is above, enters her appearance in this action on behalf of Defendants Merrick Garland, in his official capacity as Attorney General of the United States; Michael Carvajal, in his official capacity as Director of the Federal Bureau of Prisons; and Danon Colbert, in his official capacity as Acting Warden of USP Tucson.

　　　RESPECTFULLY SUBMITTED: June 10, 2022.

　　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/ Denise Ann Faulk*
　　　　　　　　　　　　　　　　　　　DENISE ANN FAULK
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1  Copy of the foregoing served via EM/ECF to

2  Stacy Scheff
   LAW OFFICE OF STACY SCHEFF
3  P.O. Box 40611
   Tucson, AZ 85717
4  *Pro Se*

5  s/ *M. Ambri*
   / Notice of Appearance
6