Exhibit A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. 22-cv-00212-RCC-PSOT |
| Plaintiff, | **SECOND DECLARATION OF DANIEL FLORES** |
| vs. | |
| Merrick Garland, US Attorney General, et al., | |
| Defendants. | |

I, Daniel Flores, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-titled matter.  All records attached to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

1.      As a supplement to my prior declaration (Doc. 14-2), to date, Mr. Raniere's attorneys still have not requested that Suneel Chakravorty be granted paralegal privileges, nor have they sponsored him as a paralegal.  Therefore, Suneel Chakravorty is not afforded legal visitation, legal call, or legal correspondence privileges with Mr. Raniere.

## I.    LEGAL CALLS

2.      Since May 27, 2022, the last date identified in my prior declaration when a legal call was requested/accommodated, I have scheduled and facilitated two legal telephone calls between Mr. Raniere and his attorneys.  *See* Att. 1, Legal Call Log I (Redacted) at 2.  The below table identifies both legal telephone calls that I have personally scheduled/accommodated since May 27, 2022:

| Date | Attorney Names | Approximate Duration |
|---|---|---|
| 6/1/2021 | Joseph P. Daugherty<br>Gregory Stoltz | 1 hr.<br>1 hr. |

3.     Since May 27, 2022, an additional three legal calls have been accommodated by Counselor Ashworth when I was not available.  *See* Att. 2, Legal Call Log II (Redacted) at 1-2.  As reflected in the below table, since May 27, 2022, Counselor Ashworth has accommodated the following legal calls for Mr. Raniere:

| Date | Attorney Name(s)[1] | Approximate Duration |
|------|---------------------|----------------------|
| 6/7/2022 | Joseph P. Daugherty | 2 hrs. |
| 6/8/2022 | Joseph Tully | 2 hrs. |
| 6/10/2022 | Joseph P. Daugherty | 2 hrs. |

## II.    LEGAL VISITS

4.     Mr. Raniere's attorneys continue to schedule, through me and other substitute Correctional Counselors, frequent legal visits.  These visits have been accommodated per the request of the attorney and in line with the schedule of the institution and any institutional security/safety measures (e.g., lockdown, COVID-19 protocols, etc.).

5.     Since May 19, 2022, Mr. Raniere's legal visits have been accommodated as reflected in the following table, including three that have been requested and scheduled for this week:

| Date | Attorney Name(s) | Approximate Duration |
|------|------------------|----------------------|
| 5/19/2022 | Gregory Stoltz | 2.5 hrs. |
| 5/23/2022 | Gregory Stoltz | > 1 hr. |
| 5/25/2022 | Gregory Stoltz | > 1 hr. |
| 5/31/2022 | Gregory Stoltz | > 1 hr. |

---

[1] As with the previous declaration, the attorney names are not specifically identified on Counselor Ashworth's legal call log, but I was able to cross-reference the telephone numbers to identify the attorney.

- 2 -

| 6/6/2022 | Stacy Scheff | 1.5 hrs. |
|---|---|---|
| 6/9/2022[2] | Gregory Stoltz | 2.5 hrs. |
| 6/14/2022 | Gregory Stoltz | TBD |
| 6/16/2022 | Gregory Stoltz | TBD |
| 6/17/2022 | Gregory Stoltz | TBD |

6.      In addition to these legal calls and legal visits, Mr. Raniere is still able to send and receive legal correspondence at USP Tucson to/from his attorneys that is afforded confidential processing/handling.

//

//

//

//

//

//

//

---

[2] On June 6, 2022, in requesting additional legal visits for Gregory Stoltz, Joseph M. Tully informed me via e-mail that he was "working on motions that are due on June 19 – 13 days away.  I need to get Mr. Raniere's input on some parts of the motions in order to complete them.  I am working closely with Mr. Stoltz – essentially he is my eyes and ears in being able to meet with Mr. Raniere in person to go over pending motions." *See* Att. 3, Tully E-Mail (Redacted) at 1.  Mr. Tully requested that I "please accommodate Mr. Stoltz meeting with Mr. Raniere . . . as it is necessary for us finalizing the motion." *Id.*

1    Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury

2  that the foregoing is true and correct to the best of my information, knowledge, and belief.

3    Executed on this 14th day of June 2022, in Tucson, Arizona.

4

5    Daniel Flores

6    Correctional Counselor
     USP Tucson, Arizona
7    Federal Bureau of Prisons

8  **Enclosures**

9  Att. 1, Legal Call Log I (Redacted)

10  Att. 2, Legal Call Log II (Redacted)

11  Att. 3, Tully E-Mail (Redacted)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

# Exhibit A
# Attachment 1

Legal Call Log

| Date | IM Name/Reg. No.<br><br>**RANIERE,  Reg. No. 57005-177**<br><br>Attorney Name/Number | Call Duration | Staff |
|------|---------------------------------------------------------------------------------------|---------------|-------|
| 10/04/2021 | Joseph P. Daugherty ███████ | 1.5 hr. | D. Flores CCC |
| 10/07/2021 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |
| 10/11/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 10/14/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 10/20/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 10/27/2021 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |
| 11/01/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 11/09/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 11/15/2021 | Paul DerOhannesian ████████ | 1hr. | D. Flores CCC |
| 11/16/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 12/01/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 12/08/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 12/15/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 12/15/2021 | Seema Iyer, Esq. ████████ | 1hr. | D. Flores CCC |
| 12/20/2021 | Joseph Tully ████████ | 1hr. | D. Flores CCC |
| 12/21/2021 | Seema Iyer, Esq. ████████ | 1hr. | D. Flores CCC |
| 02/22/2022 | Duncan Levin, Esq. ████████ | 30 min. | D. Flores CCC |
| 02/23/2022 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |

Legal Call Log

| 02/28/2022 | Arangullo ████████ | 1hr. | D. Flores CCC |
|---|---|---|---|
| 03/01/2022 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |
| 03/08/2022 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |
| 03/09/2022 | John Meringolo ████████ | 1 hr. | D. Flores CCC |
| 03/29/2022 | Joseph Tully ████████ | 1 hr. | D. Flores CCC |
| 4/25/2022 | Gregory Stoltz ████████ | 1hr. | D. Flores |
| 4/26/2022 | John Meringolo ████████<br>Gregory Stoltz ████████ | 1hr.<br>1hr. | D. Flores |
| 4/27/2022 | Duncan Levin ████████ | 1hr. | D. Flores |
| 5/04/2022 | Joseph Tully ████████ | 1hr. | D. Flores |
| 5/09/2022 | John Meringolo ████████ | 1 hr. | D. Flores |
| 5/10/2022 | Joseph Tully ████████ | 1 hr. | D. Flores |
| 5/24/2022 | Joseph P. Daugherty ████████ | 1hr. | D. Flores |
| 5/25/2022 | Joseph Tully ████████ | 1hr. | D. Flores |
| 6/1/2022 | Joseph P. Daugherty ████████<br>Gregory Stoltz ████████ | 1hr.<br>1hr. | D.Flores |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Legal Call Log

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Legal Call Log

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

# Exhibit A
# Attachment 2

Phone log:

| Date | Inmate Name & # | Phone # | got thru | I/M sign | Length | Staff |
|---|---|---|---|---|---|---|
| 4-15-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 4-22-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 4-28-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 4-29-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 5-10-22 | | | | | | |
| 5-11-22 | | | | | | |
| 5-11-22 | | | | | | |
| 5-12-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 5-18-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 5-20-22 | Raniere 57005-177 | | yes | KAR | 1 hr. | Ashworth |
| 5-25-22 | | | | | | |
| 5-26-22 | | | | | | |
| 5-27-22 | Raniere 57005-177 | | yes | KAR | 2 hr. | Ashworth |
| 6-2-22 | | | | | | |
| 6-7-22 | Raniere 57005-177 | | yes | KAR | 2 hr. | Ashworth |
| 6-8-22 | Raniere 57005-177 | | yes | KAR | 2 hr. | Ashworth |

# Phone log:

| Date | Inmate Name & # | Phone # | got thru | I/M sign | Length | Staff |
|---|---|---|---|---|---|---|
| 6-8-22 | ████████ | ████ | | | | |
| 6-10-22 | Raniere 575005177 | | yes | KNR | 2hr. | Ashworth |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Exhibit A
Attachment 3

[EXTERNAL] RE: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Visit request for Keith Raniere on 6-7-22

Joseph Tully <████████████.com>
Mon 6/6/2022 3:11 PM
To: Flores, Daniel (BOP) <████████.gov>;Gregory Stoltz <████████.com>
Cc: Ashworth, Thomas (BOP) <████████.gov>;Cook, Clay (BOP) <████████.gov>;Stacy Scheff <████████.com>

Counselors Flores & Ashworth,

For more background, I am working on motions that are due on June 19 – 13 days away. I need to get Mr. Raniere's input on some parts of the motions in order to complete them. I am working closely with Mr. Stoltz – essentially he is my eyes and ears in being able to meet with Mr. Raniere in person to go over the pending motions.

Neither Mr. Stoltz nor myself mean to overburden you with needless requests, however, if you or Counselor Ashworth can please accommodate Mr. Stoltz meeting with Mr. Raniere, it will be greatly appreciated as it is necessary for us finalizing the motion. I promise you that these requests will level off after June 19.

Thank you so much.

Very truly yours,

*Joseph M. Tully*
Joseph M. Tully
Tully & Weiss Attorneys at Law
Certified Specialist, Criminal Law



Certified Specialist in Criminal
Law by the State Bar of California
Board of Legal Specialization

**Bay Area:**
713 Main St., Martinez, CA 94553; (925) 229-9700
395 West Portal, San Francisco, CA 94127, (415) 360-9007

**Central Valley:**
1340 Van Ness, Fresno, CA 93721; (559) 321-0907
1916 E. Front St., Selma, CA 93662, (559) 860-0970

**Northern California:**
1388 Court St., Ste. G, Redding, CA 96001; (530) 999-9700

**Southern California:**
220 S. Pacific Coast Hwy, Ste. 106, Redondo Beach, CA  90277  (424) 383-9700

**Toll Free:** (844) 788-9700 (All Branches)
**Text msg:** (844) 788-9700 (All Branches)
**Fax:** (925) 231-7754 (All Branches)

**From:** Flores, Daniel (BOP) <████████.gov>
**Sent:** Monday, June 6, 2022 9:09 AM
**To:** Gregory Stoltz <████████.com>
**Cc:** Cook, Clay (BOP) <████████.gov>; Ashworth, Thomas (BOP) <████████.gov>; Stacy Scheff <████████.com>; Joseph Tully <████████.com>
**Subject:** Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Visit request for Keith Raniere on 6-7-22

I will forward your request to Mr. Asworth to see what will work for him.

**From:** Gregory Stoltz <████████.com>
**Sent:** Monday, June 6, 2022 8:53 AM
**To:** Flores, Daniel (BOP) <████████.gov>
**Cc:** Cook, Clay (BOP) <████████.gov>; Ashworth, Thomas (BOP) <████████.gov>; Stacy Scheff <████████.com>; Joseph Tully <████████.com>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Visit request for Keith Raniere on 6-7-22

Mr. Flores, I'm sorry but I can't wait until next week - our motions are due on the 19th and I need to discuss them with the client. Do you have any time available this week? I am willing to try to move my other hearings around to make it work.

Cheers,
Greg Stoltz, Esq.
530 S. Main Ave. Ste B
Tucson, AZ 85701
████████████.com

On Mon, Jun 6, 2022 at 8:34 AM Flores, Daniel (BOP) <████████.gov> wrote:

Mr. Stoltz, can we please schedule your visit the week of 6/13? I will be on vacation this week and counselor Ashworth has other duties that were scheduled prior. Thank you for your understanding.

**From:** Gregory Stoltz <████████.com>
**Sent:** Monday, June 6, 2022 8:26 AM
**To:** Cook, Clay (BOP) <████████.gov>; Ashworth, Thomas (BOP) <████████.gov>; Flores, Daniel (BOP) <████████.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Visit request for Keith Raniere on 6-7-22

Good morning, can I please have a visit on Thursday?

Cheers,
Greg Stoltz, Esq.
530 S. Main Ave. Ste B
Tucson, AZ 85701
████████████

On Thu, Jun 2, 2022 at 1:06 PM Gregory Stoltz <████████.com> wrote:

I can visit Mr. Raniere on Thursday the 9th, if that's possible.

Regards,
Greg Stoltz

On Wed, Jun 1, 2022, 3:28 PM Gregory Stoltz ▮▮▮▮▮.com> wrote:

I wish I could, but I am in court from 10am on until 3pm on the 6th. WHat's the earliest you could get me in that morning? I have to be physically present with a client at 10am in downtown Tucson.

Cheers,
Greg Stoltz, Esq.
530 S. Main Ave. Ste B
Tucson, AZ 85701
▮▮▮▮▮▮▮▮▮

On Wed, Jun 1, 2022 at 1:10 PM Flores, Daniel (BOP) ▮▮▮▮▮.gov> wrote:

How about Monday June 6th?

**From:** Gregory Stoltz <▮▮▮▮▮.com>
**Sent:** Wednesday, June 1, 2022 12:50 PM
**To:** Flores, Daniel (BOP) <▮▮▮▮▮.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Visit request for Keith Raniere on 6-7-22

I am so sorry, but I can't push it off, our filing deadline is coming up on the 19th. CAn I do that visit with Counselor Ashworth?

Cheers,
Greg Stoltz, Esq.
530 S. Main Ave. Ste B
Tucson, AZ 85701
▮▮▮▮▮▮▮▮▮

On Wed, Jun 1, 2022 at 12:48 PM Flores, Daniel (BOP) ▮▮▮▮▮.gov> wrote:

Please be advised, I will be on vacation from 6/7 till 6/10, can we schedule your visit the following week?

**From:** Gregory Stoltz <▮▮▮▮▮.om>
**Sent:** Wednesday, June 1, 2022 12:42 PM
**To:** Ashworth, Thomas (BOP) <▮▮▮▮▮.ov>; Flores, Daniel (BOP) <▮▮▮▮▮.gov>
**Cc:** Cook, Clay (BOP) <▮▮▮▮▮.ov>
**Subject:** [EXTERNAL] Visit request for Keith Raniere on 6-7-22

May I please schedule a visit with Mr. Raniere on Tuesday June 7th at 11am?

Cheers,
Greg Stoltz, Esq.
530 S. Main Ave. Ste B
Tucson, AZ 85701
▮▮▮▮▮▮▮▮▮