Exhibit List

Exhibit A, Diaz Declaration

    Attachment 1, Intake Screening Form & A & O Program Checklist

    Attachment 2, SENTRY Administrative Remedy Index

    Attachment 3, Remedy No. 1111640