Case 4:22-cv-00212-RCC   Document 23   Filed 08/02/22   Page 1 of 2

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70220410000192755089

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:16 pm on July 11, 2022 in WASHINGTON, DC 20534.

USPS Tracking Plus® Available ⌄

### ⊘ Delivered, Front Desk/Reception/Mail Room

July 11, 2022 at 12:16 pm
WASHINGTON, DC 20534

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

July 11, 2022, 12:16 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20534
Your item was delivered to the front desk, reception area, or mail room at 12:16 pm on July 11, 2022 in WASHINGTON, DC 20534.

July 11, 2022, 9:32 am
Arrived at Post Office
WASHINGTON, DC 20018

July 10, 2022

In Transit to Next Facility

**July 8, 2022, 1:18 am**
Departed USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 11:52 pm**
Arrived at USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 5:19 pm**
Departed Post Office
TUCSON, AZ 85701

**July 7, 2022, 3:10 pm**
USPS in possession of item
TUCSON, AZ 85701

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**