## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70220410000192755072

Remove ✕

Your item has been delivered and is available at a PO Box at 10:13 am on July 20, 2022 in TUCSON, AZ 85734.

**USPS Tracking Plus® Available** ⌄

 **Delivered, PO Box**

July 20, 2022 at 10:13 am
TUCSON, AZ 85734

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 20, 2022, 10:13 am**
Delivered, PO Box
TUCSON, AZ 85734
Your item has been delivered and is available at a PO Box at 10:13 am on July 20, 2022 in TUCSON, AZ 85734.

---

**July 20, 2022, 10:13 am**
Arrived at Post Office
TUCSON, AZ 85706

---

**July 13, 2022**

In Transit to Next Facility

**July 9, 2022, 12:15 am**
Departed USPS Regional Facility
TUCSON AZ DISTRIBUTION CENTER

**July 8, 2022, 1:57 pm**
Arrived at USPS Regional Facility
TUCSON AZ DISTRIBUTION CENTER

**July 7, 2022, 11:52 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 5:19 pm**
Departed Post Office
TUCSON, AZ 85701

**July 7, 2022, 3:09 pm**
USPS in possession of item
TUCSON, AZ 85701

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**