## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70220410000192755102

Remove ✕

Your item was picked up at a postal facility at 4:50 am on July 12, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

### ⊘ Delivered, Individual Picked Up at Postal Facility

July 12, 2022 at 4:50 am
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

July 12, 2022, 4:50 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:50 am on July 12, 2022 in WASHINGTON, DC 20530.

July 11, 2022, 10:47 am
Available for Pickup
WASHINGTON, DC 20560

July 11, 2022, 9:50 am
Arrived at Post Office

WASHINGTON, DC 20018

**July 10, 2022**
In Transit to Next Facility

**July 8, 2022, 1:19 am**
Departed USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 11:54 pm**
Arrived at USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 5:19 pm**
Departed Post Office
TUCSON, AZ 85701

**July 7, 2022, 3:10 pm**
USPS in possession of item
TUCSON, AZ 85701

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**