## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70220410000192755096

Remove ✕

Your item has been delivered and is available at a PO Box at 10:13 am on July 20, 2022 in TUCSON, AZ 85734.

USPS Tracking Plus® Available ˅



## Delivered, PO Box

July 20, 2022 at 10:13 am
TUCSON, AZ 85734

Get Updates ˅

---

**Text & Email Updates** ˅

---

**Tracking History** ˄

July 20, 2022, 10:13 am
Delivered, PO Box
TUCSON, AZ 85734
Your item has been delivered and is available at a PO Box at 10:13 am on July 20, 2022 in TUCSON, AZ 85734.

---

July 20, 2022, 10:13 am
Arrived at Post Office
TUCSON, AZ 85706

---

July 13, 2022

In Transit to Next Facility

**July 9, 2022, 12:15 am**
Departed USPS Regional Facility
TUCSON AZ DISTRIBUTION CENTER

**July 8, 2022, 1:57 pm**
Arrived at USPS Regional Facility
TUCSON AZ DISTRIBUTION CENTER

**July 7, 2022, 11:52 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 7, 2022, 5:19 pm**
Departed Post Office
TUCSON, AZ 85701

**July 7, 2022, 3:11 pm**
USPS in possession of item
TUCSON, AZ 85701

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**