Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333  •  FAX (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364
*Counsel for Plaintiff*

# DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, US Attorney General; Michael Carvajal, Director Federal Bureau of Prisons; Barbara VonBlankensee, Warden USP Tucson, Anthony Gallion (all in their official capacities),<br><br>　　　　Defendants | Case No.: 4:22-cv-00212-RCC-PSOT<br><br>**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS.** |

　　　Plaintiff, via counsel, requests an extension of time to respond to Defendants' Motion to Dismiss at Doc. 21. Defendants filed a combined Motion to Dismiss and for Summary Judgment. Doc. 21. The deadline for responding to the Motion to Dismiss is 14 days. L.R.Civ.P. 7.2(c). The deadline for responding to the Motion for Summary Judgment is 30 days. L.R.Civ.P. 56.1(d).

　　　Undersigned reached out to opposing counsel Denise Faulk to request that the deadline for responding to the Motion to Dismiss be extended to match the deadline for responding to the Motion for Summary Judgment. Ms. Faulk does not object.

　　　Therefore, Plaintiff requests an extension to respond to the Motion to Dismiss until August 31, 2022.

DATED this 12th day of August, 2022 by

/s/Stacy Scheff
STACY SCHEFF
Attorney for Plaintiff

Delivered via ECF
to all registered parties