# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>　　　　Defendants. | No. CV-22-00212-TUC-RCC<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. (Doc. 24.) Defendants do not object to the requested extension. Having reviewed the Motion, and good cause appearing,

　　　　**IT IS ORDERED** that Plaintiff's Motion for Extension is **GRANTED**. (Doc. 24.) Plaintiff may file a Response to Defendants' Motion to Dismiss on or before August 31, 2022.

　　　　Dated this 12th day of August, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge