Stacy Scheff
State Bar No. 028364
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>    Defendants. | Case No. 4:22-cv-00212-RCC-PSOT<br><br>**SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, via counsel, requests an extension of time to respond to Defendants' Motion to Dismiss at Doc. 21. On August 1, 2022, Defendants filed a combined Motion to Dismiss and for Summary Judgment. Doc. 21. The original deadline for responding to the Motion to Dismiss was 14 days. L.R.Civ.P. 7.2(c). The original deadline for responding to the Motion for Summary Judgment was 30 days. L.R.Civ.P. 56.1(d).

On August 12, 2022, Plaintiff filed his first motion for extension of time to respond to Doc. 21, seeking to harmonize the 14-day deadline for the Motion to Dismiss with the longer

30-day deadline applicable to the Motion for Summary Judgment. On August 15, 2022, this Court granted Plaintiff's first motion for extension of time, setting the deadline to respond as August 31, 2022. Doc. 25.

Plaintiff now files this second motion for extension of time, seeking an additional 9 days to respond to Doc. 21. Plaintiff seeks this current extension through September 9, 2022. Undersigned counsel has communicated with opposing counsel Denise Faulk regarding this second motion for extension of time. Attorney Faulk does not object.

Therefore, Plaintiff respectfully requests an extension to respond to Defendants' joint Motion to Dismiss and Motion for Summary Judgment found at Doc. 21, through September 9, 2022.

Respectfully submitted this 29th day of August 2022.

/s Stacy Scheff_____
Stacy Scheff
State Bar No. 028364
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Stacy Scheff, hereby certify that I have caused the above, SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT, to be filed using the EM/ECF system, which will deliver an electronic copy to counsel for Defendants:

Denise Ann Faulk
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7300
Email: denise.faulk@usdoj.gov

This 29th day of August, 2022

/s Stacy Scheff  _____