# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | |
| Plaintiff, | Case No. 4:22-cv-00212-RCC-PSOT |
| v. | |
| Merrick Garland, et al., | **[PROPOSED] ORDER** |
| Defendants. | |

Pending before the Court is Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and for Summary Judgment. (Doc. 26.) Defendants do not object to the requested extension. Having reviewed the Motion, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Second Motion for Extension is **GRANTED**. (Doc. 26.) Plaintiff may file a Response to Defendants' Motion to Dismiss and for Summary Judgment on or before September 9, 2022.

Dated this _____ day of August, 2022

_____
Hon. Raner C. Collins
Senior United States District Judge