1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

9   Keith Raniere,

10          Plaintiff,

11   v.

12   Merrick Garland, et al.,

13          Defendants.

14

No. CV-22-00212-TUC-RCC

**ORDER**

15   Pending before the Court is Plaintiff's Second Motion for Extension of Time to
16   Respond to Defendants' Motion to Dismiss and Motion for Summary Judgment. (Doc.
17   26.) Defendants do not object to the requested extension. (*Id.*) Having reviewed the
18   Motion, and good cause appearing,

19   **IT IS ORDERED** that Plaintiff's Second Motion for Extension is **GRANTED**.
20   (Doc. 26.) Plaintiff may file a Response to Defendants' Motion to Dismiss and for
21   Summary Judgment on or before **September 9, 2022**.

22   Dated this 29th day of August, 2022.

23
24
25
26
27
28

Honorable Raner C. Collins
Senior United States District Judge