AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-00212-TUC-RCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Officer Anthony Gallion__
was received by me on *(date)* __9/1/2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Mr. Jake Bush, Legal Assistant, U.S. Bureau of Prisons__, who is designated by law to accept service of process on behalf of ~~(name of organization)~~ Federal Medical Center __Officer Anthony Gallion at USP (Rochester, MN)__ on *(date)* __9/6/2022 at 3:00 pm__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __5.00__ for travel and $ __70.00__ for services, for a total of $ __$75.00__.

I declare under penalty of perjury that this information is true.

Date: __9/7/2022__

_Timothy Braatz_
*Server's signature*
MN PI License #698

Timothy Braatz
Atlas Investigations
*Printed name and title*

3936 Hwy. 52 N. #118
Rochester, MN 55901
*Server's address*

Additional information regarding attempted service, etc:   507-281-1377