*Keith Raniere v. Merrick Garland, et al.*
CV-22-00212-TUC-RCC

Exhibit List

Exhibit A    Declaration of Lorri Mitchell

    Att. 1    Visitor Denial Memos (Redacted)

    Att. 2    Special Investigative Services Investigation (Redacted)

    Att. 3    E-Mail Correspondence (Redacted)

    Att. 4    Letter from C. Cook to J. Tully

    Att. 5    SENTRY Administrative Remedy Index

    Att. 6    Administrative Remedy No. 1133790-F1

    Att. 7    Administrative Remedy No. 1133798-F1

    Att. 8    Administrative Remedy No. 1133808-F-1

    Att. 9    Legal Call Log (Redacted)

    Att. 10    Legal Visit Approval Notices (Redacted)

    Att. 11    Expunged Incident Report No. 3655238