GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>              Plaintiff,<br><br>        vs.<br><br>Merrick Garland, et al.,<br><br>              Defendants. | CV-22-00212-TUC-RCC<br><br>**NOTICE OF ERRATA** |

Defendants Garland, Carvajal, Ulrich and Gutierrez, by and through undersigned counsel, hereby give notice that Attachment 11 inadvertently was omitted from Exhibit A to the Response to Motion for Leave to Amend Complaint.  It is attached hereto.

RESPECTFULLY SUBMITTED:  September 26, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

Copy of the foregoing served via EM/ECF to

Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717

*s/ Pamela. Vavra*
*/ Notice of Errata*