# Exhibit A
# Attachment 11

BP-A0304  
JAN 17

# DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**      EXPUNGED      **FEDERAL BUREAU PRISONS**

| | |
|---|---|
| Institution: USP Tucson | Incident Report number: 3655238 |
| NAME OF INMATE: RANIERE, KEITH | REG. NO.: 57005-177    UNIT: C |
| Date of Incident Report: 07-26-2022 | Offense Code: 201 |
| Date of Incident: 07-26-2022 | |

Summary of Charges: CODE 201- Fighting with another person.

I. NOTICE OF CHARGE(S): 07-26-2022 @ 2005 hrs

II. STAFF REPRESENTATIVE: None requested

III. PRESENTATION OF EVIDENCE: None

IV. FINDINGS OF THE DHO
  \_\_\_\_\_ A. The act was committed as charged.
  **X** C. No prohibited act was committed: Expunge according to Inmate Discipline PS.
  \_\_\_\_\_ B. The following act was committed:

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):

**CONCLUSION AND FINDINGS:** INMATE WAS VICTIM IN ASSULT, EVIDENCE SUPPORTS INMATE DID NOT FIGHT BACK.

VI. SANCTION OR ACTION TAKEN (List each prohibited act with respective sanctions for that act): Not applicable

VII. REASON FOR EACH SANCTION OR ACTION TAKEN: Not applicable

I. APPEAL RIGHTS: **X** The inmate has been advised of the findings, specific evidence relied on action and reasons for the action. The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX. Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| A. Estrada | *[signature]* | 8-15-2022 |

DHO report delivered to Inmate by: 8/23/22

| Printed Name (Staff) | Signature: | Date and Time: |
|---|---|---|
| Fellows | *[signature]* | 8/23/22 11:30am |

Prescribed by P5270                  Replaces BP-A0304 of AUG 11

1