# Exhibit A

(Communications between counsel for Plaintiff and Defendants)



THE LAW OFFICES OF
# AlanEllis 50+ YEARS
SAN FRANCISCO    NEW YORK

PRACTICE LIMITED TO FEDERAL CRIMINAL LAW

ALAN ELLIS, Admitted in PA
Of Counsel:
  Jonathan Edelstein, Admitted in NY
  Douglas A. Passon, Admitted in AZ
Sentencing Consultant:
  Mark Allenbaugh, J.D.
BOP Consultant:
  Maureen Baird

REPLY TO:
**CALIFORNIA**

August 29, 2022

Mark Gutierrez, Warden
USP Tucson
9300 South Wilmot Road
Tucson, AZ 85756

VIA: TCP-ExecAssistant@bop.gov

RE:  Keith Raniere, Register Number 57005-177

Dear Warden Gutierrez,

I am writing regarding my client, Keith Raniere who is confined at the United States Penitentiary, Tucson, Arizona.

On July 26, 2022, while in the dining hall, Mr. Raniere was assaulted by a fellow inmate, which was witnessed by the Food Service Foreman. Although the "Description of the Incident" clearly states my client was assaulted, he was written up for Code 201, Fighting with Another Person. Following the assault, Mr. Raniere was placed in SHU, to await disposition of the charges. Mr. Raniere subsequently appeared before the DHO and the Fighting charge was expunged.

Mr. Raniere has unnecessarily spent a prolonged period in the Special Housing Unit (SHU), despite the incident report he received over a month ago on July 26, 2022, being expunged. Additionally, according Mr. Raniere, the Special Investigative Lieutenant (SIS), advised him earlier this month that he was cleared to return to general population. However, as of the date of this letter and after a legal call I had with Mr. Raniere on August 19,

www.alanellis.com

CALIFORNIA    2023 REVIVAL LANE, RIO VISTA, CA 94571 · Phone 415.235-9058 ·  AELaw1@alanellis.com
NEW YORK      501 FIFTH AVENUE, SUITE 514, NEW YORK, NY 10017 · Phone 212.252.9775 · Fax 212.382.3610 · AELaw1@alanellis.com

"One of this country's pre-eminent criminal defense lawyers" -- *Federal Lawyer* magazine

"A nationally recognized expert in federal criminal sentencing." -- U.S. Court of Appeals for the Ninth Circuit

Past President, National Association of Criminal Defense Lawyers

*Of Counsel attorneys work with The Law Offices of Alan Ellis on a case-by-case basis.

he is still being held in SHU. This situation not only represents an uncomfortable setting for Mr. Raniere, who was indeed the victim of an assault; SHU placement infringes on his ability to work on his pressing legal matters. I ask for your intervention in having Mr. Raniere returned to the compound at Tucson as expeditiously as possible.

I understand the reasoning for the initial response of placing my client in SHU, especially if there was concern for his continued safety. However, this prolonged placement Mr. Raniere has endured impedes his access to legal counsel and his ability to prepare his legal work since he is not able to access the CorrLinks system or the electronic law library during his leisure time. These missed opportunities are not only unnecessary and raise concerns of potential harassment, but they are also hindering my client's ability to properly prepare his legal defense

I urge you to return my client to the general population at USP Tucson, since there are no safety concerns and continued placement in SHU is not necessary. I appreciate your review of this matter and look forward to your timely response.

        Sincerely yours,
        LAW OFFICES OF ALAN ELLIS

        By:   ALAN ELLIS

2



THE LAW OFFICES OF
# AlanEllis 50+ YEARS
SAN FRANCISCO    NEW YORK

PRACTICE LIMITED TO FEDERAL CRIMINAL LAW

ALAN ELLIS, Admitted in PA
Of Counsel:
  Jonathan Edelstein, Admitted in NY
  Douglas A. Passon, Admitted in AZ
Sentencing Consultant:
  Mark Allenbaugh, J.D.
BOP Consultant:
  Maureen Baird

REPLY TO:
**CALIFORNIA**

September 21, 2022

Mark Gutierrez, Warden
USP Tucson
9300 South Wilmot Road
Tucson, AZ 85756

VIA: TCP-ExecAssistant@bop.gov

RE:  Keith Raniere, Register Number: 57005-177

Dear Warden Gutierrez:

I am writing regarding my client, Keith Raniere who is confined at the United States Penitentiary, Tucson, Arizona and as follow-up to my earlier letter dated on August 29 (enclosed for easy reference).

On July 26, 2022, while in the dining hall, Mr. Raniere was assaulted by a fellow inmate, which was witnessed by the Food Service Foreman.  Despite Mr. Raniere's victimization, he was initially charged for a disciplinary infraction that was later expunged.

Mr. Raniere remains in Special Housing Unit as of the date of this letter.  Mr. Raniere and I remain concerned not only about his confinement poses issues concerning his mental health, physical health, access to **attorneys and the courts**, and fair treatment. USP Tucson represents a facility where those with charges like those of Mr. Raniere can live safely on the compound. A transfer to another facility, if under consideration, would be further problematic. My concern is that a transfer would begin a needless cycle of assaults, isolation in protective custody, and transfers to other facilities.

www.alanellis.com

CALIFORNIA    2023 REVIVAL LANE, RIO VISTA, CA 94571 · Phone 415.235.9058 ·  AELaw1@alanellis.com
NEW YORK    501 FIFTH AVENUE, SUITE 514, NEW YORK, NY 10017 · Phone 212.252.9775 · Fax 212.382.3610 · AELaw1@alanellis.com

"One of this country's pre-eminent criminal defense lawyers" -- *Federal Lawyer* magazine

"A nationally recognized expert in federal criminal sentencing." -- U.S. Court of Appeals for the Ninth Circuit

Past President, National Association of Criminal Defense Lawyers

*Of Counsel attorneys work with The Law Offices of Alan Ellis on a case-by-case basis.

I urge you to return my client to the general population at USP Tucson as he has requested. I appreciate your review of this matter and look forward to your timely response.

                        Sincerely yours,
                        LAW OFFICES OF ALAN ELLIS

                        By:    ALAN ELLIS

2

# The Law Office of Stacy Scheff

September 27, 2022

Mark Gutierrez, Warden
VIA counsel email: Denise.Faulk@usdoj.gov
RE: Keith Raniere, Register Number: 57005-177

Dear Warden Gutierrez:

    I am writing regarding my client, Keith Raniere, who is confined at the United States Penitentiary, Tucson, Arizona.

    On July 26, 2022, Mr. Raniere was assaulted by a fellow inmate in the dining hall. He was the victim of an unprovoked attack, yet was initially charged for a disciplinary infraction, which has since been expunged.

    As of the date of this letter, Mr. Raniere remains in Special Housing Unit (SHU), where he has spent 23 hours of each day in his cell for the past two months.

    Mr. Raniere and I continue to be concerned about how his confinement poses issues concerning his mental health, physical health and access to attorneys and the courts, and fair treatment. I saw him yesterday, and viewed the bruises and scars left from the leg chains that he is forced to wear in legal visits.

    As per my email communications these past weeks, I urge you to return my client to the general population at USP Tucson as he has requested.

    Thank you for reviewing this matter and I look forward to your timely response.

Sincerely,

*[signature]*

Stacy Scheff