# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Keith Raniere,

    Plaintiff,

vs.

Merrick Garland, et al.,

    Defendants.

No: 4:22-cv-0212-RCC

**[PROPOSED] ORDER**

    Pending before the Court is Plaintiff's Motion for a Temporary Restraining Order or, in the alternative, Motion for a Preliminary Injunction. Doc. 34. The Court has considered Plaintiff's Motion and good cause being shown, and pursuant to Fed.R.Civ.P. 65(b), it is ordered granting Plaintiff's motion for a 10-day restraining order requiring Defendants to transfer Plaintiff to the less restrictive general population housing pending full briefing in Plaintiff's Motion for a Preliminary Injunction.

_____

Honorable Raner C. Collins
Senior United States District Judge

1