Stacy Scheff #028364

LAW OFFICE OF STACY SCHEFF

P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00212-RCC-PSOT |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Upon motion by Plaintiff, and good cause appearing, Plaintiff's motion to Extend Time Due to Excusable Neglect is granted

DATED this ___ day of October, 2022

1