# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00212-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

On October 3, 2022, Plaintiff filed a Motion to Extend Time Due to Excusable Neglect. (Doc. 35.) Plaintiff asks for a two-day extension of the deadline to file his Reply to Defendants' Response to Plaintiff's Motion to Amend. (*Id.* at 1.) Plaintiff's counsel contacted opposing counsel, but Defendants did not state their position on the requested extension. (*Id.* at 3.) To expedite the Court's decision in this matter,

**IT IS ORDERED** that Defendants shall file their Response to Plaintiff's Motion to Extend Time for Excusable Neglect on or before **Tuesday, October 11, 2022**.

Dated this 4th day of October, 2022.

Honorable Raner C. Collins
Senior United States District Judge