Exhibit A

**Vavra, Pamela (USAAZ)**

| | |
|---|---|
| **From:** | Stacy Scheff <stacy@schefflaw.com> |
| **Sent:** | Monday, October 3, 2022 11:43 AM |
| **To:** | Faulk, Denise (USAAZ) |
| **Subject:** | Re: [EXTERNAL] Raniere v. Garland et. al. - request for 1 day extension |

You can agree not to oppose our motion for excusable neglect.
Please let me know if you intend to oppose it.

--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Mon, Oct 3, 2022 at 11:41 AM Faulk, Denise (USAAZ) <Denise.Faulk@usdoj.gov> wrote:

> I cannot agree to extend a deadline that has already expired.
>
> **From:** Stacy Scheff <stacy@schefflaw.com>
> **Sent:** Monday, October 3, 2022 10:57 AM
> **To:** Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>
> **Subject:** [EXTERNAL] Raniere v. Garland et. al. - request for 1 day extension
>
> Dear Denise,
>
> I am writing to request an extension of one day for the reply to the opposition to Plaintiff's motion for leave to amend.
>
> The reason for the extension is that the reply was superseded by the emergency TRO regarding Mr. Raniere's extended stay in the SHU even after being exonerated.
>
> We will be filing the reply today.

1

Thank you,

--

Stacy Scheff
Law Office of Stacy Scheff

P.O. Box 40611

Tucson, AZ 85717-0611
(520) 471-8333

FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.