# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Keith Raniere,

    Plaintiff,

vs.

Merrick Garland, US Attorney General, et al.,

    Defendants.

No. CV 22-00212-TUC-RCC

**DECLARATION OF JEREMY ULRICH**

I, Jeremy Ulrich, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-titled matter.

1.      I am a Lieutenant with the Federal Bureau of Prisons (Bureau) at the Federal Correctional Complex in Tucson, Arizona (FCC Tucson). I have held this position since April 2015. I have been employed by the Bureau, in positions of increasing responsibility since December 2007. Since June 2022, I have served as the Acting Special Investigative Agent at FCC Tucson. In the past, I have served as the Acting Deputy Captain and Acting Complex Captain at FCC Tucson for intermittent periods as assigned.

2.      FCC Tucson includes a high-security United States Penitentiary (USP Tucson), a medium security Federal Correctional Institution, and a minimum security Federal Prison Camp.

3.      As the Acting Special Investigative Agent, I oversee the Special Investigative Services Department at USP Tucson. I also investigate inmate misconduct and other matters related to the safety and security of the institution and inmates housed therein. I address inmate institutional needs on a daily basis.

4.      As part of my official duties, I have access to records maintained by the Bureau in the ordinary course of business, including administrative remedy requests of

federal inmates, information maintained in the SENTRY[1] database, inmate administrative tort claim records, and inmate central files. All records attached to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

## I.   SPECIAL HOUSING UNIT POLICIES

5.     There are two different types of statuses in the SHU: (1) administrative detention status and (2) disciplinary segregation.

6.     The Bureau may place an inmate in administrative detention status in order to remove the inmate from general population because the inmate's "presence in the general population poses a threat to life, property, self, staff, other inmates, the publis, or to the security or orderly running of the institution" and the inmate is "under investigation or awaiting a hearing for possibly violating a Bureau regulation or criminal law[.]" *See* 28 C.F.R. § 541.23(c)(1). Bureau officials determine whether an inmate is placed in the Special Housing Unit on administrative detention status, not an inmate.

7.     Administrative detention is a non-punitive status which removes the inmate from the general population when necessary to ensure the safety, security, and orderly operation of correctional facilities, or to protect the public. *See* 28 C.F.R. § 541.22(a). An inmate may be placed in administrative detention status for investigation into or awaiting a hearing "for possibly violating a Bureau regulation or criminal law." *See* 28 C.F.R. § 541.23(c)(1).

8.     An inmate is placed on disciplinary segregation status "as a disciplinary sanction." *See* 28 C.F.R. § 541.24. In disciplinary segregation status, an inmate's "personal property will be impounded, with the exception of limited reading/writing materials, and religious articles. Also, [an inmate's] commissary privileges may be limited." *See* 28 C.F.R. § 541.31(h)(1). An inmate may be released from disciplinary segregation status "after satisfying the sanction imposed by the DHO. The [Segregation

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

Review Officer] may release [the inmate] earlier if it is determined [that he] no longer requires disciplinary segregation status." *See* 28 C.F.R. 541.33(b).

9.      Regardless of the status of the inmate in the SHU, standardized conditions of confinement are afforded each inmate in the SHU. *See* 28 C.F.R. § 541.31(a)-(o) ("Your living conditions in the SHU will meet or exceed standards for healthy and humane treatment."). Likewise, "You will receive personal items necessary to maintain an acceptable level of personal hygiene, for example, toilet issue, soap, toothbrush and cleanser, shaving utensils, etc. You will ordinarily have an opportunity to shower and shave at least three times per week." 28 C.F.R. § 541.31(f). Federal regulations outline the specific conditions of confinement in the following categories: (a) Environment; (b) Cell Occupancy; (c) Clothing; (d) Bedding; (e) Food; (f) Personal Hygiene; (g) Exercise; (h) Personal Property; (i) Correspondence; (j) Telephone; (k) Visiting; (l) Legal Activities; (m) Staff Monitoring; (n) Programming Activities; and (o) Administrative Remedy Program. *Id.* Medical and mental health care are mandated as well. *See* 28 C.F.R. § 541.32(a)-(b) ("After every 30 calendar days of continuous placement in . . . administrative detention . . . status, mental health staff will examine you, including a personal interview. Emergency mental health care is always available.").

10.     An inmate's placement in the SHU will be reviewed periodically by the Segregation Review Official (SRO). *See* 28 C.F.R. § 541.26. "Within three work days of your placement in administrative detention status, not counting the day you were admitted, weekends, and holidays, the SRO will review the supporting records." 28 C.F.R. § 541.26(a). There is also a formal review within "seven continuous calendar days of your placement in . . . administrative detention . . . status . . . at a hearing you can attend." 28 C.F.R. § 541.26(b). "After every 30 calendar days of continuous placement in . . . administrative detention . . . status, the SRO will formally review your status at a hearing you can attend." 28 C.F.R. § 541.26(c). "You can submit a formal grievance challenging your placement in the SHU through the Administrative Remedy Program[.]" 28 C.F.R. § 541.26(d).

11.     "An Inmate Request to Staff Member (form BP-S148), commonly called a

Cop-Out, is used to make a written request to a staff member.  Any type of request can be made with this form[,]" to include if an inmate believes that his Unit Team is not providing him with administrative remedy forms or is not properly processing administrative remedy forms.  These requests or "cop-outs" can be made to any staff member, including Associate Wardens and the Warden.  An inmate may file an inmate request to staff (cop-out), informal grievance (BP-8), or formal grievance (BP-9, BP-10, or BP-11) while in general population or while housed in the SHU.  *See* 28 C.F.R. § 541.31(o) ("You can submit a formal grievance challenging any aspect of your confinement in the SHU through the Administrative Remedy Program[.]").

12.    Inmates in the SHU are monitored "by staff assigned to the SHU, including program and unit team staff." *See* 28 C.F.R. § 541.31(m).  "Program staff, including unit staff, arrange to visit inmates in a SHU within a reasonable time after receiving the inmate's request.  In addition to direct supervision by the unit officer, qualified health personnel and one or more responsible officers the Warden designates (ordinarily the Institution Duty Officer) visit each segregated inmate daily, including weekends and holidays.  A Lieutenant must visit the SHU during each shift to ensure all procedures are followed." *See* Program Statement 5270.11, *Special Housing Units* at 14.[2]

13.    "Either the Unit Manager, or a Case Manager/[Correctional] Counselor under his/her supervision, must make at least daily visits, during his/her scheduled hours of work, to inmates housed in the . . . [SHU].  The Unit Manager must visit at least weekly.  However, if there are no inmates housed in SHU under the supervision of a particular Unit Manager, then Unit Team rounds are not required." *See* Program Statement 5321.08, *Unit Management Manual* at 4.[3]  "In instances of leave or other absences, it is appropriate for staff from another unit team to cover [SHU] rounds[.]" *Id.*

14.    If an inmate has an issue that he wants to bring to the attention of staff, he

---

[2] Available at https://www.bop.gov/policy/progstat/5270.11.pdf (last visited on Oct. 7, 2022).

[3] Available at https://www.bop.gov/policy/progstat/5321.08.pdf (last visited on Oct. 7, 2022).

can do so via a written request (cop-out) at any time, as detailed above, or during these in-person rounds with multiple Unit Team, and other, staff.

## II.     RELEVANT FACTS

15.     I am familiar with inmate Keith Raniere, Federal Register No. 57005-177. He has been incarcerated at USP Tucson since January 21, 2021. *See* Att. 1, SENTRY Inmate History - Quarters at 1 ("TCP" is the facility code for USP Tucson).

16.     On July 26, 2022, inmate Raniere was involved in a physical altercation with another inmate in Food Service and was issued an incident report for Code 201, fighting with another person. *See* Att. 2, Incident Report No. 3655238 at 1. When two inmates are involved in a physical altercation, each inmate is written an incident report that will be investigated to determine whether the charged misconduct was committed by each inmate. The Discipline Hearing Officer makes the final decision whether to uphold or expunge an incident report, following investigation and a disciplinary hearing.

17.     On August 15, 2022, Incident Report No. 3655238 was expunged following a disciplinary hearing. *See* Att. 3, Expunged Incident Report No. 3655238 at 1.

18.     As a result of receiving Incident Report No. 3655238 and to further investigate the matter, since that time, inmate Raniere has been housed in the Special Housing Unit (SHU) on administrative detention status. *See* Att. 1 at 1 ("Z01-118L AD" is the annotation for the SHU and administrative detention status); *see also* Att. 4, Administrative Detention Order at 1.

19.     While inmate Raniere has been housed in the SHU at USP Tucson, he has undergone various reviews by the SRO. *See* Att. 5, SRO Reviews at 1-6. Inmate Raniere received an initial three-day review by the SRO on July 29, 2022, and inmate Raniere received successive reviews thereafter throughout August, September, and into October 2022. *Id.* Inmate Raniere can express concerns about cell assignments, cellmates, and other issues during these periodic reviews. There are no safety or security concerns with inmate Raniere's current housing assignment, including his current cellmate.

20.     The SIS Department is investigating safety and security issues pertaining to inmate Raniere at USP Tucson.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed on this 12th day of October 2022, in Tucson, Arizona.

Jeremy Ulrich
Acting Special Investigative Agent
FCC Tucson, Arizona
Federal Bureau of Prisons

**Enclosures**

Att. 1, SENTRY Inmate History – Quarters

Att. 2, Incident Report No. 3655238

Att. 3, Expunged Incident Report No. 3655238

Att. 4, Administrative Detention Order

Att. 5, SRO Reviews

# Exhibit A
# Attachment 1

```
PHXC4  531.01  *           INMATE HISTORY           *    09-30-2022
PAGE 001       *             QUARTERS               *    10:05:58


 REG NO..: 57005-177 NAME....: RANIERE, KEITH
 CATEGORY: QTR        FUNCTION: PRT       FORMAT:


FCL   ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
TCP   Z01-118LAD HOUSE Z/RANGE 01/BED 118L AD     09-14-2022 2014 CURRENT
TCP   Z01-119LAD HOUSE Z/RANGE 01/BED 119L AD     08-26-2022 2315 09-14-2022 2014
TCP   Z01-120LAD HOUSE Z/RANGE 01/BED 120L AD     08-06-2022 1844 08-26-2022 2315
TCP   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD     07-26-2022 0727 08-06-2022 1844
TCP   C01-108U   HOUSE C/RANGE 01/BED 108U        03-24-2022 0844 07-26-2022 0727
TCP   F02-108U   HOUSE F/RANGE 02/BED 108U        03-21-2022 1005 03-24-2022 0844
TCP   C01-108U   HOUSE C/RANGE 01/BED 108U        01-24-2022 1332 03-21-2022 1005
TCP   Z06-256LAD HOUSE Z/RANGE 06/BED 256L AD     01-11-2022 2040 01-24-2022 1332
TCP   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD     01-11-2022 1429 01-11-2022 2040
TCP   C01-108U   HOUSE C/RANGE 01/BED 108U        11-09-2021 1031 01-11-2022 1429
TCP   C01-112U   HOUSE C/RANGE 01/BED 112U        10-27-2021 1252 11-09-2021 1031
TCP   Z02-125LAD HOUSE Z/RANGE 02/BED 125L AD     10-17-2021 1736 10-27-2021 1252
TCP   Z02-123LAD HOUSE Z/RANGE 02/BED 123L AD     09-27-2021 1804 10-17-2021 1736
TCP   Z02-121LAD HOUSE Z/RANGE 02/BED 121L AD     09-07-2021 1818 09-27-2021 1804
TCP   Z02-144LAD HOUSE Z/RANGE 02/BED 144L AD     08-18-2021 1842 09-07-2021 1818
TCP   Z02-143LAD HOUSE Z/RANGE 02/BED 143L AD     07-29-2021 1911 08-18-2021 1842
TCP   Z02-121LAD HOUSE Z/RANGE 02/BED 121L AD     07-22-2021 1404 07-29-2021 1911
TCP   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD     07-22-2021 1215 07-22-2021 1404
TCP   C01-229L   HOUSE C/RANGE 01/BED 229L        03-11-2021 1035 07-22-2021 1215
TCP   C01-202U   HOUSE C/RANGE 01/BED 202U        02-01-2021 1152 03-11-2021 1035
TCP   B02-119L   HOUSE B/RANGE 02/BED 119L        01-21-2021 2035 02-01-2021 1152
TCP   B02-109L   HOUSE B/RANGE 02/BED 109L        01-21-2021 2003 01-21-2021 2035
TCP   R01-001L   HOUSE R/RANGE 01/BED 001L        01-21-2021 1904 01-21-2021 2003
OKL   H01-003L   HOUSE H/RANGE 01/BED 003L        01-19-2021 1444 01-21-2021 0920
OKL   H01-003L   HOUSE H/RANGE 01/BED 003L        01-19-2021 1330 01-19-2021 1445
LEW   C02-212L   HOUSE C/RANGE 02/BED 212L        01-06-2021 1239 01-19-2021 0730
LEW   R01-001L   HOUSE R/RANGE 01/BED 001L        01-06-2021 0800 01-06-2021 1239
BRO   I03-602U   HOUSE I/RANGE 03/BED 602U        11-24-2020 1433 01-06-2021 0248
BRO   I03-618U   HOUSE I/RANGE 03/BED 618U        11-20-2020 1013 11-24-2020 1433
BRO   Z01-104LAD HOUSE Z/RANGE 01/BED 104L AD     11-16-2020 1819 11-20-2020 1013
BRO   Z03-120LAD HOUSE Z/RANGE 03/BED 120L AD     11-16-2020 1131 11-16-2020 1819
BRO   Z03-125LAD HOUSE Z/RANGE 03/BED 125L AD     10-27-2020 1833 11-16-2020 1131
BRO   Z03-131LAD HOUSE Z/RANGE 03/BED 131L AD     10-27-2020 1827 10-27-2020 1833
BRO   Z03-106UAD HOUSE Z/RANGE 03/BED 106U AD     10-26-2020 1507 10-27-2020 0839
BRO   Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD     10-24-2020 1846 10-26-2020 1507
BRO   I03-605L   HOUSE I/RANGE 03/BED 605L        10-19-2020 1753 10-24-2020 1846
BRO   I03-603L   HOUSE I/RANGE 03/BED 603L        09-20-2020 1413 10-19-2020 1753
BRO   I03-605U   HOUSE I/RANGE 03/BED 605U        08-18-2020 1528 09-20-2020 1413
BRO   I05-605U   HOUSE I/RANGE 05/BED 605U        08-18-2020 1522 08-18-2020 1528
BRO   I03-610L   HOUSE I/RANGE 03/BED 610L        07-10-2020 1629 08-18-2020 1522
BRO   I03-610U   HOUSE I/RANGE 03/BED 610U        07-10-2020 1628 07-10-2020 1629



G0002      MORE PAGES TO FOLLOW . . .
```

# Exhibit A
# Attachment 2

16(

 BP-A0288 **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

## Part I - Incident Report

| 1. Institution: **TUCSON USP** | | |
|---|---|---|
| 2. Inmate's Name<br>**RANIERE, KEITH** | 3. Register Number<br>**57005-177** | Incident Report Number: **3655238** |
| | | 4. Date of Incident<br>**07-26-2022** | 5. Time<br>**0651 hrs** |

| 6. Place of Incident<br>**Food Service Dining Room** | 7. Assignment<br>**P UNASSGN** | 8. Unit<br>**UNIT C** |
|---|---|---|
| 9. Incident<br>**201 -- FIGHTING WITH ANOTHER PERSON.** | | 10. Prohibited Act Code(s)<br>**201** |

11. Description Of Incident
(Date: **07-26-2022**   Time: **0651 hrs**   staff became aware of incident)

**I Food Service D. John was standing mainline in the dining hall. When Inmate RANIERE, KEITH, #57005-177 was walking to the table with his tray when he was assaulted by Inmate ▆▆▆▆▆▆▆ with closed fist upon the head and facial region.  I gave verbal directive for Inmate Raniere, and Inmate ▆▆▆▆▆▆▆▆▆▆ to stop before radioing for assistance.**

| 12. Typed Name/Signature of Reporting Employee<br>**D John** | 13. Date And Time<br>**07-26-2022 0750 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Report<br>Delivered | 16. Time Report<br>Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270

Replaces BP-S288.052

Exhibit A
Attachment 3

BP-A0304
JAN 17

# DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**                **EXPUNGED**                **FEDERAL BUREAU PRISONS**

| | |
|---|---|
| Institution: USP Tucson | Incident Report number: 3655238 |
| NAME OF INMATE: RANIERE, KEITH | REG. NO.: 57005-177     UNIT: C |
| Date of Incident Report: 07-26-2022 | Offense Code: 201 |

Date of Incident: 07-26-2022

Summary of Charges: CODE 201- Fighting with another person.

I.     NOTICE OF CHARGE(S): 07-26-2022 @ 2005 hrs

II.     STAFF REPRESENTATIVE: None requested

III.     PRESENTATION OF EVIDENCE: None

IV.     FINDINGS OF THE DHO

        _____ A. The act was committed as charged.   __X__ C. No prohibited act was committed:
                                                      Expunge according to Inmate Discipline PS.

        _____ B. The following act was committed:

V.     SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):

**CONCLUSION AND FINDINGS:** INMATE WAS VICTIM IN ASSULT, EVIDENCE SUPPORTS INMATE DID NOT FIGHT BACK.

VI.     SANCTION OR ACTION TAKEN (List each prohibited act with respective sanctions for that act):
Not applicable

VII.     REASON FOR EACH SANCTION OR ACTION TAKEN: Not applicable

I. APPEAL RIGHTS:   __X__   The inmate has been advised of the findings, specific evidence relied on action and reasons for the action. The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX.     Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| A. Estrada | _A. E_ | 8-15-2022 |

DHO report delivered to Inmate by:    8/23/22

**Fellows**
Printed Name (Staff)

Signature:

8/23/22 11:30am
Date and Time:

Prescribed by P5270                  Replaces BP-A0304 of AUG 11

1

# Exhibit A
# Attachment 4

BP-A0308
JAN 17

**ADMINISTRATIVE DETENTION ORDER**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

TUCSON USP
Institution

Date/Time: 07-26-2022 07:27

TO:  Special Housing Unit Officer

FROM: LT. PIERCE, LIEUTENANT _____, (Name/Title)

SUBJECT : Placement of _____ RANIERE, KEITH _____, Reg. No. 57005-177 _____, in Administrative Detention

___✓___(a)   Is pending an investigation for a violation of Bureau regulations;

_____(b)   Is pending an SIS investigation.

_____(c)   Is pending investigation or  trial for a criminal act;

_____(d)   Is to be admitted  to  Administrative Detention

_____(1)   Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)   Since a serious threat exists to individual's safety as perceived by staff, although person  has not requested admission; referral of
the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e)   Is pending transfer or is in holdover status during transfer.

_____(f)   Is pending classification; or

_____(g)   Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's
designee.

It is this  Correctional  Supervisor's  decision  based  on  all  the  circumstances  that  the  above  named  inmate' s  continued  presence  in  the  general
population poses a serious threat to life, property, self, staff, other inmates,   or to the security or orderly running of the institution because*

PENDING INVESTIGATION FOR A VIOLATION OF BUREAU REGULATIONS

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a copy of this Order on

(date / time) _____

Staff Witness Signature/Printed Name _____   Date 7/26/22

Supervisor 24 hour review of placement: Signature/Printed name _____

* In the case of DHO action, reference to that order is sufficient.  In other cases, the Correctional supervisor will make an independent review and decision, which is
documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy -   Unit Manager; Copy - Operation Supervisor
+ Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)

Exhibit A
Attachment 5

BP-A295.052
APRIL 1994

## SPECIAL HOUSING UNIT REVIEW

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| Inmate Name: | Register Number: | Unit: | Institution: |
|---|---|---|---|
| **RANIERE, KEITH** | **57005-177** | **4 GP** | **TUCSON USP** |

| Date Entered Special Housing: | Reason for Placement: |
|---|---|
| **07-26-2022** | **PENDING SIS INVESTIGATION** |

| I. Subject: (2 or 3 Days) | Date Reviewed |
|---|---|
| **3 Day Review** | **07-29-2022** |

Action Taken on the Above Date:

**Continue in Special Housing Unit**

Printed Name/Signature:

**DELEON, ANDREIK G**

**II. RECORD REVIEW.**
(To be done weekly in the inmate's absence, beginning after the in-person 7 day review, and continuing every week between each in-person 30 day review.)

| DATE | ACTION TAKEN | REMARKS | SIGNATURE |
|---|---|---|---|
| 08-02-2022 | **Continue in Special Housing Unit** | | DELEON, |
| 08-09-2022 | **Continue in Special Housing Unit** | | DELEON, |
| 08-16-2022 | **Continue in Special Housing Unit** | **21 DAY REVIEW** | FALCONER, |
| 08-23-2022 | **Continue in Special Housing Unit** | | KEHL, |

| III. Subject: (7 or 30 Days) | Review By (SRO): | Reviewing Authority: |
|---|---|---|
| **30 Day Review** | **KEHL,** | *feleen* |

| Date inmate appeared for a Special Housing Review: | Or Date inmate waived right to appear: |
|---|---|
| | 08-25-2022 |

Has been seen daily by Medical Staff: ☑Yes; ☐No

Has been seen daily by responsible officer designated by Warden: ☑Yes; ☐No

Has received prescribed weekly exercise: ☑Yes; ☐No

Proper documentation and justification in the Central File (Incident Report, DHO Report, copies of Special Housing Review Form): ☑Yes; ☐No
if no, why not?

Is there a written psychiatric or psychological assessment on the inmate who has spent 30 days in a special housing status? ☑Yes; ☐No

Is there an additional assessment for every one month interval thereafter? ☑Yes; ☐No
if no, why not?

Action taken on the above date by the Segregation Review Official or the Reviewing Authority:

☐Released from Special Housing; ☑Continue in Special Housing

Did inmate in Administrative Detention receive a written copy of staff's decision and the basis for the finding at each 30 day review? ☑Yes; ☐No
if no, why not (Should be given provided institutional security not compromised)?

Remarks: (Any change in the reason for placement is to be noted in this section. If the reason for placement changes, the inmate must receive a copy of this form):

Date of Next Review:

**09-01-2022**

Printed Name and Signature of Segregation Review Official or the Reviewing Authority and Date Signed:

*Pelen*

**Ex. A, Att. 5, p. 1**

**KEHL,**

Record Copy - Central File
This form replaces BP-295(52) dated January 1988

BP-A295.052          **SPECIAL HOUSING UNIT REVIEW**          **U.S. DEPARTMENT OF JUSTICE**
APRIL 1994                                                    **FEDERAL BUREAU OF PRISONS**

| Inmate Name: | Register Number: | Unit: | Institution: |
|---|---|---|---|
| **RANIERE, KEITH** | **57005-177** | **4 GP** | **TUCSON USP** |

| Date Entered Special Housing: | Reason for Placement: |
|---|---|
| **07-26-2022** | **PENDING SIS INVESTIGATION** |

| I. Subject: (2 or 3 Days) | Date Reviewed |
|---|---|
| **3 Day Review** | **07-29-2022** |

Action Taken on the Above Date:

**Continue in Special Housing Unit**

Printed Name/Signature:

**DELEON,**

**II. RECORD REVIEW.**
(To be done weekly in the inmate's absence, beginning after the in-person 7 day review, and continuing every week between each in-person 30 day review.)

| DATE | ACTION TAKEN | REMARKS | SIGNATURE |
|---|---|---|---|
| 09-01-2022 | **Continue in Special Housing Unit** | | KEHL, |
| 09-08-2022 | **Continue in Special Housing Unit** | | DELEON |
| 09-15-2022 | **Continue in Special Housing Unit** | | DELEON, |
| 09-22-2022 | **Continue in Special Housing Unit** | | DELEON, |

| III. Subject: (7 or 30 Days) | Review By (SRO): | Reviewing Authority: |
|---|---|---|
| **60 Day Review** | **DELEON,** | |

| Date inmate appeared for a Special Housing Review: | Or Date inmate waived right to appear: |
|---|---|
| | **09-26-2022** |

Has been seen daily by Medical Staff: ☑Yes; ☐No

Has been seen daily by responsible officer designated by Warden: ☑Yes; ☐No

Has received prescribed weekly exercise: ☑Yes; ☐No

Proper documentation and justification in the Central File (Incident Report, DHO Report, copies of Special Housing Review Form): ☑Yes; ☐No
if no, why not?

Is there a written psychiatric or psychological assessment on the inmate who has spent 30 days in a special housing status? ☑Yes; ☐No

Is there an additional assessment for every one month interval thereafter? ☑Yes; ☐No
if no, why not?

Action taken on the above date by the Segregation Review Official or the Reviewing Authority:

☐Released from Special Housing; ☑Continue in Special Housing

Did inmate in Administrative Detention receive a written copy of staff's decision and the basis for the finding at each 30 day review? ☑Yes; ☐No
if no, why not (Should be given provided institutional security not compromised)?

Remarks: (Any change in the reason for placement is to be noted in this section. If the reason for placement changes, the inmate must receive a copy of this form):

Date of Next Review:

**10-03-2022**

Printed Name and Signature of Segregation Review Official or the Reviewing Authority and Date Signed:

**DELEON,**

Record Copy - Central File
This form replaces BP-295(52) dated January 1988

BP-A295.052
APRIL 1994

**SPECIAL HOUSING UNIT REVIEW**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| Inmate Name: | Register Number: | Unit: | Institution: |
|---|---|---|---|
| **RANIERE, KEITH** | **57005-177** | **4 GP** | **TUCSON USP** |

| Date Entered Special Housing: | Reason for Placement: |
|---|---|
| **07-26-2022** | **PENDING SIS INVESTIGATION** |

| I. Subject: (2 or 3 Days) | Date Reviewed |
|---|---|
| **3 Day Review** | **07-29-2022** |

Action Taken on the Above Date:

**Continue in Special Housing Unit**

Printed Name/Signature:

**DELEON,**

**II. RECORD REVIEW.**
(To be done weekly in the inmate's absence, beginning after the in-person 7 day review, and continuing every week between each in-person 30 day review.)

| DATE | ACTION TAKEN | REMARKS | SIGNATURE |
|---|---|---|---|
| 10-03-2022 | Continue in Special Housing Unit | | DELEON, |
| | | | |
| | | | |
| | | | |

| III. Subject: (7 or 30 Days) | Review By (SRO): | Reviewing Authority: |
|---|---|---|

| Date inmate appeared for a Special Housing Review: | Or Date inmate waived right to appear: |
|---|---|

Has been seen daily by Medical Staff:     ☐Yes;  ☐No

Has been seen daily by responsible officer designated by Warden:     ☐Yes;  ☐No

Has received prescribed weekly exercise:     ☐Yes;  ☐No

Proper documentation and justification in the Central File (Incident Report, DHO Report, copies of Special Housing Review Form):     ☐Yes;  ☐No
if no, why not?

Is there a written psychiatric or psychological assessment on the inmate who has spent 30 days in a special housing status?     ☐Yes;  ☐No

Is there an additional assessment for every one month interval thereafter?     ☐Yes;  ☐No
if no, why not?

Action taken on the above date by the Segregation Review Official or the Reviewing Authority:

☐Released from Special Housing;     ☐Continue in Special Housing

Did inmate in Administrative Detention receive a written copy of staff's decision and the basis for the finding at each 30 day review?     ☐Yes;  ☐No
if no, why not (Should be given provided institutional security not compromised)?

Remarks: (Any change in the reason for placement is to be noted in this section. If the reason for placement changes, the inmate must receive a copy of this form):

Date of Next Review:

**10-10-2022**

Printed Name and Signature of Segregation Review Official or the Reviewing Authority and Date Signed:

**Ex. A, Att. 5, p. 5**

**DELEON,**

Record Copy - Central File
This form replaces BP-295(52) dated January 1988