Stacy Scheff #028364
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br>        Plaintiff,<br>v.<br>Merrick Garland, et al.,<br>        Defendants. | Case No.: 4:22-cv-00212-RCC-PSOT<br><br>**MOTION FOR EXTENSION OF TIME** |

Comes now Plaintiff Keith Raniere by and through counsel undersigned, and moves this court for a one week extension for the time to file his response to Defendant's Reply to Motion for a Temporary Restraining Order.

Plaintiff, via counsel, requests an extension of time to respond to Defendants' Response to Motion for Temporary Restraining Order at Doc. 39. Defendants filed their Response on 10/13/2022, the deadline for replying to the Response is 10/21/22 .

Undersigned reached out to opposing counsel Denise Faulk to request that the deadline for responding to the Defendant's Reply to Motion for a Temporary Restraining Order be extended for one week.

 Ms. Faulk does not object.

Therefore, Plaintiff requests an extension to respond to the Motion to Dismiss until October 27, 2022.

1
2    Dated: 10/20/2022                    THE LAW OFFICE OF STACY SCHEFF
3
4                                         By:   __S/ Stacy Scheff_____
5                                               STACY SCHEFF
                                                Attorney for Plaintiff
6                                               Keith Raniere.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28