Stacy Scheff #028364

LAW OFFICE OF STACY SCHEFF

P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.:  4:22-cv-00212-RCC-PSOT |
|       Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Merrick Garland, et al., | |
|       Defendants. | |

Upon stipulation by parties, and good cause appearing, Plaintiff's Motion to Extend Time is granted.

DATED this 20th day of October, 2022