IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00212-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Extension of Time. (Doc. 41.) Plaintiff requests that the Court extend the deadline to file his Reply to Defendants' Response to the Motion for a Temporary Restraining Order. (*Id.*) He requests a one-week extension. (*Id.*) Defendants do not oppose the motion. (*Id.*) Having reviewed the Motion and good cause appearing,

**IT IS ORDERED** that the Motion for Extension of Time is **GRANTED**. (Doc. 41.) Plaintiff shall file his Reply on or before October 27, 2022.

Dated this 21st day of October, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge