# EXHIBIT 1

Stacy Scheff #028364
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Emails: Stacy@ScheffLaw.com; Stacy.Scheff@gmail.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00212-RCC-PSOT<br><br>**DECLARATION OF KEITH RANIERE** |

I, Keith Raniere, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and experience, hereby make the following declaration.

1. I am currently incarcerated within the Federal Bureau of Prisons at the United States Penitentiary in Tucson, AZ.

2. I am currently housed in the Special Housing Unit (SHU).

3. I was brought here after I was assaulted in the chow hall on 7/26/2022.

4. I was given an incident report (IR) for fighting.

5. On 8/9/2022 Officer Estrada told me that the IR would be expunged.

6. I was notified on 8/23/2022 that it had been expunged.

1

`Case 4:22-cv-00212-RCC   Document 43-1   Filed 10/27/22   Page 3 of 6`

7. I have not yet been returned to general population, despite not receiving any disciplinary sanctions.

8. Officials here are holding me here in "administrative segregation" (AD SEG) pending an "investigation".

9. I have was only informed of the subject of the investigation on 8/26/2022 more than a week after the IR had been cleared.

10. I was interviewed on 9/20/2022.

11. I did not express any fear of returning to general population.

12. I believe I can program very well in the general population at USP Tucson.

13. I did not request a placement in protective custody.

14. I did not request a transfer to another facility.

15. I do not want to be transferred, as I believe that would endanger me.

16. There is no functional difference between AD SEG and disciplinary segregation.

17. I am locked in my room 23-24 hours a day.

18. I am allowed to have only minimal property.

19. I cannot use the phone, or the email system to communicate with my family and friends.

20. If I am let out for recreation at all it occurs in a 5x10 cage, and lasts less than an hour.

21. I am often caged with sex offenders.

22. I have not been informed of my "custody reviews" which are supposed to occur every seven days, but which policy bars me from attending.

23. Nor have I been informed of my 30 day reviews which I am allowed to attend.

24. I have never declined to attend any review.

25. I want to participate in these reviews, but have never been given the opportunity.

26. I have never been given the chance to express my concerns about the retaliation I'm experiencing, or my current cellmate who I believe was placed with me to set me up for a sexual assault charge.

27. My current cell mate, Tony Fly, has filed about 75 Prison Rape Elimination Act (PREA) complaints.

28. My current cell mate is in segregation after having been raped in her cell, taken to the hospital, and placed on suicide watch.

29. The perception of me as a "sex cult" leader makes the placement of Ms. Fly with me extremely suspicious, and inappropriate.

30. I would never harm Ms. Fly, but I believe she was placed in my cell to fabricate a new charge against me.

31. If staff are doing custody reviews at all, they are doing them without my input or participation.

32. I have never been given a copy of any of the reviews, nor have I ever refused to sign, or refused to accept one.

33. I would have raised my concerns to the person giving me the form.

34. I believe my placement in AD SEG for 97 days and counting for some specious "investigation" is clear retaliation from prison officials for my unpopular crimes of conviction, and my continued legal efforts to clear my name.

35. I am supposed to see a member of my unit team every day.

36. Since my placement in SHU I only spoken to my unit team once a week.

37. From 10/6/2022-1024/2022 I did not speak to my unit team at all.

38. My unit team is responsible for giving me grievance forms to allow me to formally contest this situation.

39. Because my unit team only come once a week I have a very hard time obtaining grievance forms. I ask for them, and the officer often does not remember to bring them the next week.

40. Other than a cursory exam when I first got here, I have not been examined by a member of the medical staff, since I have been placed in SHU.

41. I repeatedly asked for an ice pack to reduce the swelling in my face, but neither medical staff, nor security staff brought me one.

42. I have not been evaluated by any member of the mental health staff since I have been placed in SHU.

4

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my information, knowledge and belief. Executed this 24th day of October 2022, in Tucson, Arizona.

*[signature: Keith Raniere]*

Keith Raniere