*Keith Raniere v. Merrick Garland, U.S. Attorney General, et al.*
**CV-22-00212-TUC-RCC**

**Exhibit List**

Exhibit A, Mitchell Declaration

    Attachment 1, SENTRY Administrative Remedy Index

    Attachment 2, Remedy No. 1137228

    Attachment 3, Remedy No. 1139873

    Attachment 4, Remedy No. 1139878

    Attachment 5, Remedy No. 1140848