# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>              Plaintiff,<br><br>   vs.<br><br>Merrick Garland, US Attorney General, et al.,<br><br>              Defendants. | No. 22-cv-00212-RCC-PSOT<br><br>**SECOND DECLARATION OF LORRI MITCHELL** |

      I, Lorri Mitchell, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-titled matter. All records attached to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

      1.     As a supplement to my prior declaration (Doc. 31-2) and the declaration from Counselor Flores (Doc. 14-2), to date, Plaintiff has filed nine administrative remedies or appeals. *See* Att. 1, SENTRY Administrative Remedy Index at 1-6.

      2.     In addition to the four administrative remedies/appeals previously discussed by Counselor Flores (Remedy No. 1111640-R1[1]) and me (Remedy Nos. 1133790-F1, 1133798-F1, and 1133808-F1), since September 23, 2022, Plaintiff has filed four additional administrative remedies. *Id.*

      3.     In Remedy No. 1137228-F1, on October 13, 2022, Plaintiff filed a BP-9 regarding being placed in restraints during legal visits while he is housed in the Special Housing Unit (SHU) at USP Tucson. *Id.* at 4; *see also* Att. 2, Remedy No. 1137228 at 3. On October 13, 2022, the BP-9 was rejected. *See* Att. 1 at 4.

---

[1] Remedy No. 1111640-A1 was not previously discussed by Counselor Flores or me, but was filed on June 30, 2022, when Plaintiff appealed to the Office of General Counsel the disciplinary sanctions imposed for Incident Report No. 3547878. *See* Att. 1 at 2.

4. In Remedy No. 1139873-F1, on November 3, 2022, Plaintiff filed a BP-9 asking seven questions about his placement in the SHU.  *See* Att. 1 at 5; *see also* Att. 3, Remedy No. 1139873 at 3.  On November 3, 2022, the BP-9 was rejected.  *See* Att. 1 at 5.

5. In Remedy No. 1139878-F1, on November 3, 2022, Plaintiff filed a BP-9 asking six questions about visitors that were removed from his visiting list.  *See* Att. 1 at 5; *see also* Att. 4, Remedy No. 1139878 at 3.  On November 3, 2022, the BP-9 was rejected.  *See* Att. 1 at 5.

6. In Remedy No. 1140848-F1, on November 10, 2022, Plaintiff filed a BP-9 requesting to be treated as a general population inmate during legal visits while he is housed in the Special Housing Unit at USP Tucson.  *See* Att. 1 at 6; *see also* Att. 5, Remedy No. 1140848 at 1.  On November 10, 2022, the BP-9 was rejected.  *See* Att. 1 at 6.

7. To date, Plaintiff has not submitted any administrative remedies or appeals challenging the denial of social visitation for Mr. Chakravorty, Ms. Clyne, or Ms. Roberts, nor has he filed any administrative remedies or appeals about a claimed transfer from USP Tucson.

//

//

//

//

//

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed on this 16th day of November 2022, in Tucson, Arizona.

_____
Lorri Mitchell
Legal Assistant
USP Tucson, Arizona
Federal Bureau of Prisons

**Enclosures**

Att. 1, SENTRY Administrative Remedy Index

Att. 2, Remedy No. 1137228

Att. 3, Remedy No. 1139873

Att. 4, Remedy No. 1139878

Att. 5, Remedy No. 1140848