# Exhibit A
# Attachment 1

```
         FUNCTION: L-P SCOPE: REG    EQ 57005-177    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____   DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP             QTR.: Z01-118LAD RCV OFC: WXR
REMEDY ID: 1111640-R1     SUB1: 20DM SUB2:        DATE RCV:   02-25-2022
UNT  RCV..:UNIT C         QTR RCV.: C01-108U      FACL RCV: TCP
UNT  ORG..:UNIT C         QTR ORG.: C01-108U      FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:  WXR  1 BOP  1         RESP DUE:  TUE  04-26-2022
ABSTRACT.: DHO HEARING 10-26-21 CODE: 396 / 397
STATUS DT: 04-01-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3547878    RCT: P EXT: P DATE ENTD: 02-26-2022
REMARKS..:



REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP             QTR.: Z01-118LAD RCV OFC: BOP
REMEDY ID: 1111640-A1     SUB1: 20BM SUB2:        DATE RCV:   06-30-2022
UNT  RCV..:UNIT C         QTR RCV.: C01-108U      FACL RCV: TCP
UNT  ORG..:UNIT C         QTR ORG.: C01-108U      FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:  WXR  1 BOP  1         RESP DUE:  MON  08-29-2022
ABSTRACT.: DHO HEARING 10-26-21 CODE: 396 / 397
STATUS DT: 09-30-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3547878    RCT: P EXT: P DATE ENTD: 07-11-2022
REMARKS..:




     G0002        MORE PAGES TO FOLLOW . . .
```

```
 TCNPK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     11-15-2022
PAGE 003 OF      *            FULL SCREEN FORMAT               *     11:24:56


REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP              QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1133790-F1    SUB1: 18AM SUB2:     DATE RCV:   09-14-2022
UNT   RCV..:4 GP          QTR RCV.: Z01-119LAD    FACL RCV: TCP
UNT   ORG..:4 GP          QTR ORG.: Z01-119LAD    FACL ORG: TCP
EVT FACL.: TCP     ACC LEV:  TCP  1                RESP DUE:  MON  10-24-2022
ABSTRACT.: REQUESTING VISIT DENIAL INFORMATION
STATUS DT: 10-07-2022   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-14-2022
REMARKS..:



REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP              QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1133798-F1    SUB1: 33EM SUB2:     DATE RCV:   09-14-2022
UNT   RCV..:4 GP          QTR RCV.: Z01-119LAD    FACL RCV: TCP
UNT   ORG..:4 GP          QTR ORG.: Z01-119LAD    FACL ORG: TCP
EVT FACL.: TCP     ACC LEV:  TCP  1                RESP DUE:  MON  10-24-2022
ABSTRACT.: RQSTNG INFO DENIAL PHNE CALL PARA LEGAL APPROVE LIST
STATUS DT: 10-07-2022   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-14-2022
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP              QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1133808-F1    SUB1: 16GM SUB2:     DATE RCV:   09-14-2022
UNT  RCV..:4 GP          QTR RCV.: Z01-119LAD    FACL RCV: TCP
UNT  ORG..:4 GP          QTR ORG.: Z01-119LAD    FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:  TCP  1                RESP DUE:  MON  10-24-2022
ABSTRACT.: LOSS OF CONTACT IN TRULINCS
STATUS DT: 10-04-2022   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-14-2022
REMARKS..:



REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP              QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1137228-F1    SUB1: 22ZM SUB2:     DATE RCV:   10-13-2022
UNT  RCV..:4 GP          QTR RCV.: Z01-119LAD    FACL RCV: TCP
UNT  ORG..:4 GP          QTR ORG.: Z01-119LAD    FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:                        RESP DUE:
ABSTRACT.: REGARDING RESTRAINTS IN SHU FOR ATTORNEY VIST OR CAL
STATUS DT: 10-13-2022   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-13-2022
REMARKS..: WHAT ARE THE BASIS OF YOUR REQUEST
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP               QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1139873-F1    SUB1: 25ZM SUB2:      DATE RCV:   11-03-2022
UNT  RCV..:4 GP         QTR RCV.: Z01-117LAD   FACL RCV: TCP
UNT  ORG..:4 GP         QTR ORG.: Z01-117LAD   FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:                     RESP DUE:
ABSTRACT.: REQUESTING INFORMATION
STATUS DT: 11-03-2022   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:             RCT:    EXT:   DATE ENTD: 11-03-2022
REMARKS..: ONE REQUEST PER BP-9



REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP               QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1139878-F1    SUB1: 18AM SUB2:      DATE RCV:   11-03-2022
UNT  RCV..:4 GP         QTR RCV.: Z01-117LAD   FACL RCV: TCP
UNT  ORG..:4 GP         QTR ORG.: Z01-117LAD   FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:                     RESP DUE:
ABSTRACT.: REQUESTING INFORMATION ON VISITORS REMOVAL
STATUS DT: 11-03-2022   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:             RCT:    EXT:   DATE ENTD: 11-03-2022
REMARKS..: ONE REQUEST PER BP-9
```

```
     G0002         MORE PAGES TO FOLLOW . . .
```

```
 TCNPK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2022
PAGE 006 OF 006 *              FULL SCREEN FORMAT              *        11:24:56


REGNO: 57005-177 NAME: RANIERE, KEITH
RSP OF...: TCP UNT/LOC/DST: 4 GP               QTR.: Z01-118LAD RCV OFC: TCP
REMEDY ID: 1140848-F1      SUB1: 25ZM SUB2:    DATE RCV:    11-10-2022
UNT  RCV..:4 GP         QTR RCV.: Z01-117LAD    FACL RCV: TCP
UNT  ORG..:4 GP         QTR ORG.: Z01-117LAD    FACL ORG: TCP
EVT FACL.: TCP    ACC LEV:                            RESP DUE:
ABSTRACT.: REQUESTING TO BE TREATED AS GP DURING LEGAL VISIT
STATUS DT: 11-10-2022   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 11-10-2022
REMARKS..: WHAT ARE THE BASIS OF YOUR REQUEST




                  9 REMEDY SUBMISSION(S) SELECTED
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```