Exhibit A
Attachment 2

TCX 1330.18B
9/9/2019
Page 6

## INFORMAL RESOLUTION FORM

Attachment A

9/7/22

<u>NOTICE TO INMATE</u>: You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

| Inmate Name: Roniere, K. | Reg. No.: 57005-177 | Unit: C |
|---|---|---|

Informal resolution form issued by Correctional Counselor on: (date)

**INMATE'S COMMENTS (Inmate MUST FILL OUT items 1-4 and signature block)**

1. Complaint: Since I am being held in the S.H.U. for my safety, and not because of a shot, I am requesting FP type security procedures for Attorney visits and calls! 1) I would like to not be cuffed during Attorney calls 2) I would like to not have leg irons (I bleed quite a bit with or without socks), belly chain, or cuffs, during Attorney visits. Thank you.

2. Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?) Spoke to Staff.

3. State what action you want staff to take to correct the situation: See above 1) and 2).

Date returned to Correctional Counselor: 10/3/2022

Inmate Signature: [signature]   Reg. No. 57005-177   Date 9/29/22

**CORRECTIONAL COUNSELOR'S COMMENTS**

Efforts made to informally resolve and staff contacted:
a. *Discussed the complaint with (staff) member) --- and he/she stated...*
b. *I further explained to the inmate that ...*
c. *But, the inmate(s) insisted he wanted to file a BP-9 because...*

Response attached

Date informally resolved: 10/4/22   Signature: [signature]

Informal Resolution was not accomplished for the following reason:
*After I personally explained that ..., he still insisted that he was wronged because...*

Unit Manager's review and Signature:
a. *Can this request be resolved at the Unit Level?*
b. *Steps taken to resolve (who was contacted, results of that contact – do not forward for lack of contact):*

[signature] 10/7/22
Unit Manager

**RANIERE, Keith**                                                                                                    10/04/2022

Reg. No. 57005-177


Base on security procedures and universal precautions, all inmates house in Special Housing must be restraint during all movement.


D. Flores, CCC

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** RANIERE, Keith, A   57005-177   C-1   USP Tucson
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A— INMATE REQUEST** In order to make this stay in the S.H.U. not a punishment, I request the following: 1) For attorney visits, I am escorted to the S.H.U. exit with hands cuffed behind my back (no belly-chain or leg irons) as all inmates moving in the S.H.U. are cuffed. Then, the cuffs are removed as if I am being released from the S.H.U. and I am escorted to my visit uncuffed. For legal calls, I would be cuffed, hands behind back, and escorted to a room with a desk, chair, phone, and a slot (possibly the law library). Then uncuffed to make the call. If no room with a slot, then uncuff me facing the wall, leave and lock the room, and I will unfacethewall. Similar for return to call. Currently, I am escorted to my attorney visit cuffed, with belly-chain and leg irons. (Note: S.H.U. inmates going to visitation are merely escorted with hands cuffed behind back.) I am locked in a room with my attorney, still in leg irons, belly-chains and cuffs, for phone calls I am locked in a room with hands cuffed behind my back. Inmates in the same area from general population, or orderlies, do not have the same restrictions. If I am outside the S.H.U., cuffing me what an inmate from general population, or orderly, is, is punishment and dangerous if I am attacked.

10/5/22   *Keith Alan Raniere*
DATE | SIGNATURE OF REQUESTER

**Part B— RESPONSE**

_____   _____
DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 1137228-F1

CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____   _____
DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN   BP-229(13)  APRIL 1982