# Exhibit A
# Attachment 3

Received 9/28/22

TCX 1330.18B
9/9/2019
Page 6

Attachment A

9/7/22

# INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

Inmate Name: Roniere, K.
Reg. No.: 57005-177
Unit: C

Informal resolution form issued by Correctional Counselor on: (date) 9.7.2022

**INMATE'S COMMENTS:** (Inmate MUST FILL OUT items 1-4 and signature block)

1. Complaint: Why am I still in the S.H.U.? My S.I.S. Interview with Leutenant Christiansen was 8/2 and my D.H.O. hearing which expunged my shot was 8/9. Both Leutenants Christiansen and Kehl said I was cleared to go back to GP weeks ago and were puzzled I am still here. 1) Who is making this decision 2) What evidence are they using?

2. Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?) Spoke to my team and both Leutenants above. I have been requesting to go back to GP ASAP.

3. State what action you want staff to take to correct the situation: 1) Release me to GP, 2) Tell me how this happened, 3) Tell me who made this decision to keep me here 4) What evidence did they use.

Date returned to Correctional Counselor: 9.18.2022

Inmate Signature: Keith Van Raniere   Reg. No. 57005-177   Date 9/18/22

**CORRECTIONAL COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted:
a. Discussed the complaint with (staff member) --- and he/she stated...
b. I further explained to the inmate that ...
c. But, the inmate insisted he wanted to file a BP-9 because...

Response attached.

Date informally resolved: 9.21.22   Signature: [signed]

Informal Resolution was not accomplished for the following reason:
After I personally explained that ..., he still insisted that he was wronged because...

Unit Manager's review and Signature:
a. Can this request be resolved at the Unit Level?
b. Steps taken to resolve (who was contacted, results of that contact – do not forward for lack of contact):

[signed] 10/14/22

Unit Manager

**RANIERE, Keith**                                                09/21/2022

**Reg. No. 57005-177**

You are currently being house in the special housing unit for your safety and the safety and security running of the institution. You may appeal the decision using the administrative remedy process.

**D. Flores, CCC**

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** RANIERE, Keith, A   **REG. NO.** 57005-177   **UNIT** C-1   **INSTITUTION** USP TUCSON

### Part A – INMATE REQUEST

1) Who made the decision to keep me in S.H.U. from 8/26 until 9/20 without S.I.S. investigation or D.S. time? 2) Why was this done? 3) Did I do something wrong? 4) Who made the decision to open an S.I.S. investigation 9/20? 5) What evidence prompted this? 6) How can I get back to GP ASAP? 7) When did my attacker go back to GP?

I want to know and understand these decisions — not simply hear, in effect; these decisions were made, if you want to appeal them, use the remedy process.

How can I appeal a decision if I know nothing about it? I <u>need</u> the above questions answered <u>before</u> I can do a proper appeal! Thank you.

**DATE:** 9/29/22

**SIGNATURE OF REQUESTER:** Keith Alan Raniere

### Part B – RESPONSE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**   **CASE NUMBER:** 1139873-F1

### Part C – RECEIPT

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE _____   RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

USP LVN    BP-229(13) APRIL 1982