Exhibit A
Attachment 4

Received 9/28/22

TCX 1330.18B
9/9/2019
Page 6



## INFORMAL RESOLUTION FORM

Attachment A
9/7/22

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

Inmate Name: Raniere, K.    Reg. No.: 57005-177    Unit: C

Informal resolution form issued by Correctional Counselor on: (date) 9.7.2022

INMATE'S COMMENTS: (Inmate MUST FILL OUT items 1-4 and signature block)

1. Complaint: I requested visitors for the weekend of 9/3 and 9/4 and the weekend of 9/17 and 9/18. It appears they were not approved and I (nor they) were notified. They traveled from NY and were turned away.

2. Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?) Spoke to staff

3. State what action you want staff to take to correct the situation: 1) Why was I not notified? 2) Why were they not approved? 3) Who made this decision? 4) What evidence did they use?

Date returned to Correctional Counselor: 9.18.2022

Inmate Signature: [signature] K. VanRenrre    Reg. No. 57005-177   Date 9/18/22

### CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted:
a. Discussed the complaint with (staff member) --- and he/she stated...
b. I further explained to the inmate that ...
c. But, the inmate insisted he wanted to file a BP-9 because...

Response attached

Date informally resolved: 9/25/22   Signature: [signature]

Informal Resolution was not accomplished for the following reason:
After I personally explained that ..., he still insisted that he was wronged because...

Unit Manager's review and Signature:
a. Can this request be resolved at the Unit Level?
b. Steps taken to resolve (who was contacted, results of that contact – do not forward for lack of contact):

[signature] 10/4/22
Unit Manager

**RANIERE, Keith**                                                                                                09/19/2022

Reg. No. 57005-177

Based on the safety and security running of the institution some of your visitors have been removed. You may appeal the decision using the administrative remedy process.

D. Flores, CCC

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: RANIERE, Keith, Alan  REG. NO. 57005-177  UNIT C-1  INSTITUTION USP Tucson

**Part A- INMATE REQUEST**

1) Which visitors have been removed? 2) What date was each removed? 3) What evidence was used in each case? 4) Who made the final decision in each case? 5) Who participated in the decision in each case?; 6) How can I get each of them back as visitors?

I want to know and understand these decisions — not ~~just~~ simply hear, in effect; these decisions were made, if you want to appeal them, use the remedy process.

How can I appeal a decision if I know nothing about it? I need the above questions answered **before** I can do a proper appeal! Thank you.

DATE: 9/29/22  
SIGNATURE OF REQUESTER: Keith Alan Raniere

**Part B- RESPONSE**

DATE: ___  WARDEN OR REGIONAL DIRECTOR: ___

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE  
CASE NUMBER: 1139878-F1

CASE NUMBER: ___

**Part C- RECEIPT**

Return to: ___ LAST NAME, FIRST, MIDDLE INITIAL   REG. NO. ___   UNIT ___   INSTITUTION ___

SUBJECT: ___

DATE ___   RECIPIENT'S SIGNATURE (STAFF MEMBER) ___

USP LVN  
BP-229(13)  
APRIL 1982