Exhibit A
Attachment 5

**U.S. DEPARTMENT OF JUSTICE**  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Raniere, Keith, A | 57005-177 | C-1 | Tucson USP
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

The basis are 1) I am in the S.H.U. administratively. My shot was formally expunged 8/15, 2) 28 CFR 115.43 B (I think) and others govern the intent and conditions of this stay in the S.H.U. 3) When I am outside of the S.H.U. (especially alone inside a visiting room w/ my attorney) I should be treated as if I were in GP 4) I get very bloody scarred ankles and bruised wrists from the restraints 5) Legal calls are similar. My hands should be free so I can turn pages and take notes. Also I should not experience physical punishment from strain on the shoulders and wrist bruises and dents.

10/29/22
DATE

Keith Alan Raniere
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 1140848-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR   PRINTED ON RECYCLED PAPER   BP-229(13) APRIL 1982