GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Merrick Garland, et al.,<br><br>　　　　　　Defendants. | CV-22-00212-TUC-RCC<br><br>**DEFENDANTS' MOTION FOR PERMISSION TO FILE SUR-REPLY** |

　　　　Defendants Garland, Peters, Gutierrez and Ulrich, acting in their official capacities by and through undersigned counsel, hereby move for permission to file a Sur-Reply to Plaintiff's Reply to Response in Opposition to Motion for Temporary Restraining Order (Doc. 49). Plaintiff's Reply includes numerous inaccurate statements that were not included in his Motion.

　　　　Defendants' proposed Sur-Reply is lodged herewith.

　　　　RESPECTFULLY SUBMITTED: November 29, 2022.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/ Denise Ann Faulk*
　　　　　　　　　　　　　　　　　　DENISE ANN FAULK
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing
served via EM/ECF to

Stacy Scheff
LAW OFFICE OF
STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717

s/ *Lisa Startup*
/ MT File Sur-Reply